**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter ___**7**___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Skywriter MD, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5147323** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **713D East Greenville St., Suite 224**<br>**Anderson, SC 29621**<br>Number, Street, City, State & ZIP Code | **Registered Agents Inc.**<br>**1942 Broadway Ste. 314C**<br>**Boulder, CO 80302-5233**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Anderson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.skywritermd.com**

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Skywriter MD, Inc.**
      Name                                                     Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

Debtor **Skywriter MD, Inc.**                                      Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■     Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐     A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Skywriter MD, Inc.**_____    Case number (*if known*)_____
Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **Skywriter MD, Inc.**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  9, 2024**
             _____
             MM / DD / YYYY

X **/s/ John McClellan**                              **John McClellan**
_____          _____
Signature of authorized representative of debtor          Printed name

Title   **Board Member**
      _____

**18. Signature of attorney**

X **/s/ Jonathan M. Dickey**                    Date   **February  9, 2024**
_____              _____
Signature of attorney for debtor                            MM / DD / YYYY

**Jonathan M. Dickey**
_____
Printed name

**Kutner Brinen Dickey Riley PC**
_____
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**        Email address   **jmd@kutnerlaw.com**
              _____                     _____

**46981 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Skywriter MD, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF COLORADO

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February  9, 2024**          X */s/ John McClellan*
                                                              Signature of individual signing on behalf of debtor

                                                              **John McClellan**
                                                              Printed name

                                                              **Board Member**
                                                              Position or relationship to debtor

Official Form 202                      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **Skywriter MD, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................  $ **51,933.23**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $ **51,933.23**

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ **736,801.57**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ **18,263,931.34**

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b                                                                       $ **19,000,732.91**

**Fill in this information to identify the case:**

Debtor name  **Skywriter MD, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number *(if known)*  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **First Financial Bank** | **Checking** | **0948** | **Unknown** |
| 3.2. | **First Financial Bank** | **Checking** | **8637** | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$0.00**

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Security deposit**    **$51,933.23**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  **Skywriter MD, Inc.**
Name

Case number *(If known)* _____

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | **$51,933.23** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:  _____**0.00**  -  _____**0.00**  = ....  **Unknown**
face amount    doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | | **$0.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> **Furniture** | **$0.00** | | **Unknown** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers - each in possession of former employee** | **$0.00** | | **Unknown** |

Debtor   **Skywriter MD, Inc.**                              Case number *(If known)* _____
Name

---

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                      | **$0.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Intellectual Property including, but not limited to, the software used in Debtor's business** | **$0.00** | | **Unknown** |

65.   **Goodwill**

66.   **Total of Part 10.**                                                      | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No

Debtor    **Skywriter MD, Inc.**                                Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor __**Skywriter MD, Inc.**_____     Case number *(If known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $51,933.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $51,933.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $51,933.23 |

**Fill in this information to identify the case:**

Debtor name **Skywriter MD, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Ace Funding Source LLC**
Creditor's Name

**366 North Broadway
Jericho, NY 11753**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**    Value of collateral: **$0.00**

**2.2   Alexius LLC**
Creditor's Name

**PO Box 6498
Denver, CO 80206**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**    Value of collateral: **$0.00**

Debtor   **Skywriter MD, Inc.**                                      Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.                                          ☐ Contingent
_____                            ☐ Unliquidated
                                                   ☐ Disputed

---

| 2.3 | **All Copy Products, Inc.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**PO Box 609**
**Cedar Rapids, IA 52406**
_____
Creditor's mailing address                         Describe the lien
_____

_____            Is the creditor an insider or related party?

                                                   ■ No
_____            ☐ Yes
Creditor's email address, if known
                                                   Is anyone else liable on this claim?

**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  As of the petition filing date, the claim is:
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.4 | **American Funding Services, Inc.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**561 NE 79th Street**
**Miami, FL 33138**
_____
Creditor's mailing address                         Describe the lien
_____

_____            Is the creditor an insider or related party?

                                                   ■ No
_____            ☐ Yes
Creditor's email address, if known
                                                   Is anyone else liable on this claim?

**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  As of the petition filing date, the claim is:
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.5 | **Carmel Corbett** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**288 Clayton Street**
**Denver, CO 80206**
_____
Creditor's mailing address                         Describe the lien
_____

                                                   Is the creditor an insider or related party?

                                                   ■ No

---

Debtor  **Skywriter MD, Inc.**                                        Case number (if known) _____
        Name

---

Creditor's email address, if known                    ☐ Yes
                                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                                      ☐ No
**Last 4 digits of account number**                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.6 | **Fund So Fast** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**1224 Mil Street Building B**
**East Berlin, CT 06023**

Creditor's mailing address                            **Describe the lien**

                                                      **Is the creditor an insider or related party?**
                                                      ■ No
Creditor's email address, if known                    ☐ Yes
                                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                                      ■ No
**Last 4 digits of account number**                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.7 | **Green Fund NY** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name
**276 5th Ave**
**RM 704**
**New York, NY 10001**
Creditor's mailing address                            **Describe the lien**

                                                      **Is the creditor an insider or related party?**
                                                      ■ No
Creditor's email address, if known                    ☐ Yes
                                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                                      ■ No
**Last 4 digits of account number**                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.8 | **John McClellan** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor     **Skywriter MD, Inc.**                                    Case number (if known) _____
           Name

Creditor's Name

**13616 California Street**
**Suite 100**
**Omaha, NE 68154**
Creditor's mailing address                    **Describe the lien** _____

                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.9 | **Last Chance Funding Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**411 Hempstead Turnpike**
**West Hempstead, NY 11552**
Creditor's mailing address                    **Describe the lien** _____

                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.10 | **Nicoletti DePaul** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**450 Lexington Avenue**
**#4539**
**New York, NY 10163-4539**
Creditor's mailing address                    **Describe the lien** _____

                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor    **Skywriter MD, Inc.**                                          Case number *(if known)* _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.1 | **Scribe Technology Solutions, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

| **Scribe Technology Solutions, Inc.** | | | |
|---|---|---|---|
| Creditor's Name | | | |
| **8805 N. Tamiami Trail, #319 Naples, FL 34108** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.2 | **US Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | | |
| **409 3rd Street SW Washington, DC 20416** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.3 | **World Global Fund LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |
| **5309 13th Ave Brooklyn, NY 11220** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |

Debtor   **Skywriter MD, Inc.**                                      Case number (*if known*) _____
         Name

_____        **Is the creditor an insider or related party?**

Creditor's email address, if known   ■ No
                                     ☐ Yes

**Date debt was incurred**           **Is anyone else liable on this claim?**

                                     ■ No

**Last 4 digits of account number**  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

■ No                                 ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                            ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$0.00** |

| **Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Skywriter MD, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Abigail Rose Urbanek**<br>**6348 Whisperwood Park Drive,**<br>**Unit B**<br>**Anchorage, AK 99504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,696.22 | $3,696.22 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Abigail Victoria Dempsey**<br>**99 Dogwood Lakes Drive**<br>**Hampton, GA 30228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,411.77 | $3,411.77 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Skywriter MD, Inc.**

Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,692.30 | $3,692.30 |
|---|---|---|---|---|

**Adam C. Armas**
**7566 Catalina Harbor Street**
**Las Vegas, NV 89131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,685.55 | $2,685.55 |
|---|---|---|---|---|

**Alexa Lee Farm**
**27928 145th Street NW**
**Zimmerman, MN 55398**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.54 | $2,373.54 |
|---|---|---|---|---|

**Alexa Webster**
**10996 Royal Highlands Street**
**Las Vegas, NV 89141-4365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.26 | $2,500.26 |
|---|---|---|---|---|

**Alireza Akbarin**
**1255 N. Post Oak Road**
**Houston, TX 77055-7274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Skywriter MD, Inc.**                                    Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,621.62 | $1,621.62 |
|---|---|---|---|---|

**Allie Grantham**
**393 Longwood Drive**
**Meridian, MS 39305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,304.80 | $3,304.80 |
|---|---|---|---|---|

**Alyssa Garcia**
**7404 104th Street**
**Lubbock, TX 79424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,402.05 | $2,402.05 |
|---|---|---|---|---|

**Amanda K. Irmer**
**347 Short Meadow Lane**
**Madisonville, TN 37354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,692.30 | $7,692.30 |
|---|---|---|---|---|

**Amanda Leigh Duffy**
**355 Winter Street**
**Duxbury, MA 02332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**

Case number (if known) _____

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,430.02 | $3,430.02 |
|---|---|---|---|---|

**Amanda Paige Bourchier**
**118 Santa Ursula**
**San Antonio, TX 78023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.84 | $1,127.84 |
|---|---|---|---|---|

**Amanda Roop**
**1111 Colt Circle**
**Bear, DE 19701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,501.67 | $4,501.67 |
|---|---|---|---|---|

**Amara Smallwood**
**431 Rock Hill Road**
**Round Rock, TX 78681**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.00 | $1,198.00 |
|---|---|---|---|---|

**Amber Mooney**
**1109 E Red Cedar Circle**
**The Woodlands, TX 77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**Amy Michelle Solsbee**
**2424 Highway 30 E**
**Etowah, TN 37331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$702.10   $702.10

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Andrew Edgar Young**
**21622 Park Green Drive**
**Katy, TX 77450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,993.02   $4,993.02

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Anisah Majeed**
**1021 Burland Circle**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,949.67   $9,949.67

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Ann Kuenning**
**2608 S. Allison Street**
**Lakewood, CO 80227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,924.18   $4,924.18

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**        Case number (if known) _____

Name

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,375.74 | $3,375.74 |
|---|---|---|---|---|

**Ann Marie Robinson**
**3901 114th Street, Unit 1024**
**Lubbock, TX 79423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.22 | $1,291.22 |
|---|---|---|---|---|

**Anna Ketelsen**
**2321 Trace Meadows**
**College Station, TX 77845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,346.71 | $3,346.71 |
|---|---|---|---|---|

**Annalise Marie Downing**
**4012 48th Street**
**Lubbock, TX 79413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,208.85 | $1,208.85 |
|---|---|---|---|---|

**Anslee Williamson**
**10917 Parrigin Road**
**Helotes, TX 78023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Skywriter MD, Inc.**

Case number (if known) _____

Name

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,949.91 | $3,949.91 |

**Anyssa Lea Downing**
**4012 48th Street**
**Lubbock, TX 79413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,842.65 | $2,842.65 |

**Archer Nelson**
**2408 Mac Davis Lane**
**Lubbock, TX 79401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.40 | $1,296.40 |

**Arial Marie Briones**
**1814 Texas Street, Unit 33**
**Bellingham, WA 98229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,937.40 | $2,937.40 |

**Ashley B. Retzloff**
**2016 County Road 412**
**Lexington, TX 78947**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor   **Skywriter MD, Inc.**
_____   Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,393.86   $3,393.86 |

**Ashley Cordero**
**8233 Valle Alegre Drive**
**El Paso, TX 79907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,542.50   $3,542.50 |

**Ashley Kay Bower**
**702 Navidad Street Unit A**
**Bryan, TX 77801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.92   $941.92 |

**Ashley L. Menefield**
**12727 Fawnway Drive**
**Houston, TX 77048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,334.45   $2,334.45 |

**Ashley Nicole Armstrong**
**15275 North Appleton Avenue**
**Tucson, AZ 85739**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**

Name

Case number (if known) _____

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,130.03 | $4,130.03 |
|---|---|---|---|---|

**Ashley Patricia Farm**
**27928 145th Street NW**
**Zimmerman, MN 55398**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,139.41 | $2,139.41 |
|---|---|---|---|---|

**Ashley Renae Belden**
**5755 Louise Road**
**Cunningham, TN 37052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,981.98 | $1,981.98 |
|---|---|---|---|---|

**Bailey Elizabeth Feder**
**11253 FM 2445**
**Navasota, TX 77868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $914.90 | $914.90 |
|---|---|---|---|---|

**Becky Daunerys Davis**
**40 South 17th Street**
**Allentown, PA 18104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**                                                 Case number (if known)

        Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,722.23 | $2,722.23 |
|---|---|---|---|---|

**Benjamin Alonzo**
**4315 54th Street**
**Lubbock, TX 79413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,786.78 | $3,786.78 |
|---|---|---|---|---|

**Blair Renee Baxley**
**3408 Cannon Court**
**Conroe, TX 77301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $914.06 | $914.06 |
|---|---|---|---|---|

**Brayden Riley Monroe**
**2502 Goodnight Trail**
**Mansfield, TX 76063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,988.79 | $2,988.79 |
|---|---|---|---|---|

**Brenda L. Schaffer**
**10377 County Road 16 SE**
**Delano, MN 55328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____
Name

Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $892.92 | $892.92 |

**Briana Courtney Bilder**
**3001 Oaklawn Drive**
**Temple, TX 76502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages owed**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | | $5,049.70 | $5,049.70 |

**Brianna Alvear**
**5420 Jarvis Street, Apt. B**
**Lubbock, TX 79416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | | $4,153.83 | $4,153.83 |

**Brianna Nicole Pritchard**
**6901 South Uriah Street**
**Aurora, CO 80016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | | $2,234.75 | $2,234.75 |

**Brianna O. Wade**
**3316 Kenbridge Drive**
**Bartlett, TN 38134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Brianna Warren**<br>**1621 70th Street**<br>**Lubbock, TX 79412** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

|  |  |  |
|---|---|---|
| **$2,782.40** | **$2,782.40** | |

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Brittany Kathleen Kingery**<br>**9249 Great Lakes Circle**<br>**Dayton, OH 45458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$3,054.52**   **$3,054.52**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 2.45 | Priority creditor's name and mailing address<br>**Brooke Andrea Prieve**<br>**11333 325th Ave. NW**<br>**Princeton, MN 55371** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$2,568.58**   **$2,568.58**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 2.46 | Priority creditor's name and mailing address<br>**Caleb Anderson**<br>**5602 104th Street**<br>**Lubbock, TX 79424** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$5,318.41**   **$5,318.41**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number ____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,519.94 | $3,519.94 |
| --- | --- | --- | --- | --- |

Priority creditor's name and mailing address
**Camille Anne Sompayrac**
**1006 Hunters Creek Way**
**Hockley, TX 77447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.48
Priority creditor's name and mailing address
**Carla A. Ireland**
**108 Marilyn Drive**
**Holton, KS 66436**

As of the petition filing date, the claim is:   $3,194.66   $3,194.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.49
Priority creditor's name and mailing address
**Carol J. Prince**
**12325 Long Trussel Road**
**Bryan, TX 77802**

As of the petition filing date, the claim is:   $3,920.47   $3,920.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.50
Priority creditor's name and mailing address
**Catalina Sarai Benavides**
**2250 Dartmouth Street, Apt. 923**
**College Station, TX 77840**

As of the petition filing date, the claim is:   $1,870.96   $1,870.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**          Case number (if known) _____

Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,682.87 | $3,682.87 |
|---|---|---|---|---|

**Celine Alires-Pena**
**3117 Aquila Court**
**Round Rock, TX 78681**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,651.52 | $1,651.52 |
|---|---|---|---|---|

**Chantal MF Gonzalez**
**105 Pottersville Lane**
**Jarrell, TX 76537-2209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,965.54 | $3,965.54 |
|---|---|---|---|---|

**Charis Isabele Duval**
**12388 Pecan Drive**
**Willis, TX 77318**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.15 | $865.15 |
|---|---|---|---|---|

**Chelsey Paige Nail**
**302 E. Martin Luther King Drive**
**Apt. 3202**
**Caldwell, TX 77836-7817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,130.76 | $7,130.76 |
|---|---|---|---|---|

**Cheyenne Carter**
**9214 Valley Spring**
**San Antonio, TX 78250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,291.52 | $2,291.52 |
|---|---|---|---|---|

**Chloee Morgan Law**
**1401 Anona Place**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,769.44 | $4,769.44 |
|---|---|---|---|---|

**Christina Leah Clary**
**23901 Northwest 196 Terrace**
**High Springs, FL 32643**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,686.58 | $1,686.58 |
|---|---|---|---|---|

**Christine Decatur**
**121 Rice Road**
**Wilmington, NC 28409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.59** | Priority creditor's name and mailing address
**Christopher Warren**
**11588 Ranch Elsie Road**
**Golden, CO 80403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,634.62** **$15,150.00**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Christy Runyon**
**520 78th Street**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59.12** **$59.12**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**Colorado Depart. of Labor &**
**Employment**
**633 17th Street, Suite 201**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1881 Pierce Street**
**Attn: Bankruptcy Dept., RM 104**
**Lakewood, CO 80215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**

Case number (if known)

Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,713.23 | $2,713.23 |
|---|---|---|---|---|

**Corina Rain Arguellez**
**904 Eagle Ave**
**College Station, TX 77845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,776.64 | $3,776.64 |
|---|---|---|---|---|

**Corttni Lorraine Bobek**
**4096 Greens Place**
**Longmont, CO 80503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,323.12 | $3,323.12 |
|---|---|---|---|---|

**Courtney G. Gore**
**3405 Shepherd Drive, Apt. 203**
**Houston, TX 77018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,438.40 | $5,438.40 |
|---|---|---|---|---|

**Crystal M. Adame**
**1583 Woodbine Court**
**Bryan, TX 77802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address
**Culley Dean Wright**
**3807 Stillmeadow Drive**
**Bryan, TX 77802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,089.87    $3,089.87

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address
**Dakota Hendrickson**
**2002 Sorrento Court**
**Bryan, TX 77808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,838.24    $2,838.24

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address
**Dana Renee Melaga**
**130 Stonegate Drive**
**Seneca, SC 29678**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,391.46    $1,391.46

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address
**Daniel James Sixta**
**190 Christopher Cove**
**Kyle, TX 78640-4625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,219.71    $11,219.71

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**                                        Case number (if known) _____
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.70 | $770.70 |
|---|---|---|---|---|

**Danielle M. Cook**
**45 Winchester Drive**
**Elkton, MD 21921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.54 | $202.54 |
|---|---|---|---|---|

**Daryzzia Keasler**
**306 Pisgah Flats Court**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.70 | $1,386.70 |
|---|---|---|---|---|

**Deborah Ann Romine**
**3783 Bristow Road**
**Bowling Green, KY 42103-9519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,928.98 | $2,928.98 |
|---|---|---|---|---|

**Debra A. Morris**
**1002 Samuel Thomas Street**
**Rayne, LA 70578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.** _____   Case number (if known) _____
      Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,925.55 | $2,925.55 |
|---|---|---|---|---|

**Destinee Nicole Sauseda**
**2916 Old Hearne Road**
**Bryan, TX 77803**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,122.63 | $3,122.63 |
|---|---|---|---|---|

**Dominique J. Macon**
**10840 SW 164th Street**
**Miami, FL 33157**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,192.33 | $15,150.00 |
|---|---|---|---|---|

**Elaine Marie Widner**
**1311 Agnew Road**
**Starr, SC 29684**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,439.20 | $2,439.20 |
|---|---|---|---|---|

**Elizabeth Ann Heidel**
**352 County Road 1210**
**Rusk, TX 75785**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Skywriter MD, Inc.**
      Name                                                  Case number (if known) _____

| | | |
|---|---|---|
| **2.79** | Priority creditor's name and mailing address<br>**Elizabeth Anna Fields**<br>**4430 Semora Oak**<br>**San Antonio, TX 78259-2072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$19,000.00     $15,150.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.80** | Priority creditor's name and mailing address<br>**Elizabeth Moreno**<br>**120 Riverbend Drive Apt. 524**<br>**Georgetown, TX 78628** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,710.10     $1,710.10

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.81** | Priority creditor's name and mailing address<br>**Elizabeth Taylor Lentz**<br>**6877 Marshall Road**<br>**Lewisville, NC 27023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,257.20     $1,257.20

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.82** | Priority creditor's name and mailing address<br>**Eloisa Zonona Martinez**<br>**13205 Shelton Boulevard**<br>**Corpus Christi, TX 78410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,731.80     $1,731.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address<br>**Emily Brett Morris**<br>**9275 State Highway V**<br>**Myrtle, MO 65778** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,007.74** | **$3,007.74** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**Erin Elizabeth Rishel**<br>**231 Gardner Road**<br>**Turbotville, PA 17772** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,574.98** | **$2,574.98** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Ezmeralda Clements**<br>**4411 139th Street**<br>**Lubbock, TX 79424** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,905.60** | **$2,905.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Ezra Bailey Walton**<br>**2310 Pecan Ridge Drive, Unit B**<br>**Bryan, TX 77802** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,574.54** | **$2,574.54** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.94 | $1,570.94 |
|---|---|---|---|---|
| | **Frances M. Torres**<br>**1504 Borwn Oaks Drive**<br>**Oklahoma City, OK 73127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $942.73 | $942.73 |
|---|---|---|---|---|
| | **Francesa Renee Landon-Harding**<br>**510 Pepper Spring Court, Apt. B**<br>**Temple, TX 76502** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.68 | $2,583.68 |
|---|---|---|---|---|
| | **Gabriella Josefina Aguillon**<br>**409 North Reynolds Street**<br>**Alice, TX 78332** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,437.73 | $3,437.73 |
|---|---|---|---|---|
| | **Ginger K. Rhymes**<br>**10108 Engelwood Avenue, Unit 1**<br>**Lubbock, TX 79424** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Skywriter MD, Inc.**
_____
　　　　　Name

Case number (if known) _____

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.80 | $1,414.80 |
|---|---|---|---|---|

**Gracelyn Faith Anderson**
**5602**
**104th Street**
**Lubbock, TX 79424**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,500.00 | $14,500.00 |
|---|---|---|---|---|

**Gwen Moreno**
**1625 North Laurel Avenue**
**Phoenix, AZ 85007-1635**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,070.74 | $2,070.74 |
|---|---|---|---|---|

**Halie Catherine Hodges**
**605 East Ellwood Boulevard**
**Anton, TX 79313**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,843.18 | $2,843.18 |
|---|---|---|---|---|

**Harlee Jo Davis**
**7591 Long Valley Drive**
**Harrisburg, NC 28075**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,906.99 | $3,906.99

**Harley Danielle Beck**
**42 Meadow Road**
**Swainsboro, GA 30401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$3,906.99    $3,906.99

---

**2.96** Priority creditor's name and mailing address

**Heather Michelle Hudnall**
**1000 Shadow Hills, 142**
**Nitro, WV 25143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$2,067.24    $2,067.24

---

**2.97** Priority creditor's name and mailing address

**Himani Goel**
**5030 Tramonte Trail**
**Katy, TX 77494**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$375.14    $375.14

---

**2.98** Priority creditor's name and mailing address

**Humza Khalid**
**8 Willow Drive**
**Hearne, TX 77859**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$9,876.62    $9,876.62

---

| Debtor | **Skywriter MD, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.99** | Priority creditor's name and mailing address
**Inga Walker**
**153 E. Meandering Way**
**Saratoga Springs, UT 84045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$117.60**   **$117.60**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address
**Ismael Jose Gutierrez**
**5302 11th Street. Apt. 149**
**Lubbock, TX 79416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,890.10**   **$2,890.10**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address
**Jacqueline Guerrero**
**10430 Quail Pointe Road**
**Krugerville, TX 76227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,730.76**   **$7,730.76**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address
**Jakari Anniya Green**
**31 James Street**
**Sumter, SC 29153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,728.71 $3,728.71

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address
**Jami Lee Ferris**
**PO Box 181**
**Hunt, TX 78024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,230.46 $1,230.46

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address
**Jamie Lynn Plotner**
**292 Aveline Street**
**Ypsilanti, MI 48197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,054.76 $1,054.76

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address
**Jenise D. Harvey**
**3530 S. Columbine Lane**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,432.24 $1,432.24

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____
Name

Case number (if known) _____

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,551.99 | $2,551.99 |

**Jennifer Garris Taylor**
**738 Park Street Ext**
**Ray City, GA 31645**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,948.47 | $3,948.47 |

**Jennifer Rose Hope**
**15 Mayboro Street**
**Blackstone, MA 01504**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,456.80 | $1,456.80 |

**Jessica Bailey**
**1808 Overcup Drive**
**Round Rock, TX 78681**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.88 | $1,790.88 |

**Jessica Claire Evanko**
**122 Westlook Circle**
**Oak Ridge, TN 37830**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.111** | Priority creditor's name and mailing address
**Jessica Lynn Anderson**
**2729 San Antonio Avenue**
**Ingleside, TX 78362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,503.41 | $3,503.41

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address
**Jessica M. Younger**
**12390 Ducks Landing**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,627.78 | $1,627.78

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address
**Jill Deanne Wise**
**2201 Anderson Circle**
**Stevensville, MI 49127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,947.68 | $9,947.68

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address
**Jillian Rose Eldridge**
**419 Linda Street**
**Keller, TX 76248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address

**Jose Angel Fierro**
**3236 East Glen Drive**
**El Paso, TX 79936**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,577.33          $2,577.33

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address

**Julia Marie Williams**
**3433 Cove View Boulevard**
**Apt. 2524**
**Galveston, TX 77554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,482.60          $1,482.60

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address

**Julia R. Burd**
**4144 80th Avenue**
**Evart, MI 49631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,222.10          $3,222.10

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address

**Julie S. Dolen**
**923 E. Garfield Drive**
**Indianapolis, IN 46203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,954.50          $3,954.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,443.28** | **$2,443.28** |

**2.119**  Priority creditor's name and mailing address

**Kacie Elizabeth German**
**588 County Road 132**
**Hico, TX 76457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,443.28**   **$2,443.28**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.120**  Priority creditor's name and mailing address

**Kaitlin Case**
**3210 Oakridge Avenue**
**Apt. 3311**
**Lubbock, TX 79407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,449.84**   **$3,449.84**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.121**  Priority creditor's name and mailing address

**Kaitlin Dullea**
**9016 Chalk Creek Place**
**Littleton, CO 80125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20.16**   **$20.16**

Date or dates debt was incurred

Basis for the claim:
**Wages owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.122**  Priority creditor's name and mailing address

**Kaitlyn Marie Root**
**387 Plaza Boulevard Apt. 105**
**Morrisville, PA 19067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,342.68**   **$4,342.68**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Skywriter MD, Inc.**        Case number (if known) _____
    Name

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,705.76 | $3,705.76 |
|---|---|---|---|---|

**Kaitlyn Neal**
**909 Scoffield Drive**
**College Station, TX 77845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.94 | $989.94 |
|---|---|---|---|---|

**Kara M. Kirschner**
**865 Dolington Acres Road**
**Newtown, PA 18940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,761.50 | $2,761.50 |
|---|---|---|---|---|

**Karen A. Harper**
**240 W. Kenny Drive**
**Hinesville, GA 31313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,027.01 | $3,027.01 |
|---|---|---|---|---|

**Karen Luna**
**9455 Sky Vista Parkway, Unit 23E**
**Reno, NV 89506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Skywriter MD, Inc.**                                          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|

**2.127** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,711.22** | **$1,711.22**

**2.127**

Priority creditor's name and mailing address

**Katelyn M. Cooley**
**PO Box 7143**
**Gillette, WY 82717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,711.22**   **$1,711.22**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.128**

Priority creditor's name and mailing address

**Katelyn Moody**
**4117 Cimmaron Trail**
**Granbury, TX 76049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,340.38**   **$2,340.38**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.129**

Priority creditor's name and mailing address

**Katherine Angela Clair**
**406 Blair Street**
**Kingsley, MI 49649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$316.72**   **$316.72**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.130**

Priority creditor's name and mailing address

**Kathleen Marie Jackson**
**610 East 33rd Street**
**Bryan, TX 77803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,064.00**   **$2,064.00**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**
_____
Name                                                    Case number (if known) _____

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,826.32 | $2,826.32 |
|-------|-----|-----|-----|-----|

**Kaycee Nicole Nevling**
**3747 Fieldmaster Drive**
**Timmonsville, SC 29161**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | | $2,449.09 | $2,449.09 |
|-------|-----|-----|-----|-----|

**Kayla Jordan Sells**
**2044 Evergreen Place**
**Dyersburg, TN 38024**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | | $1,828.44 | $1,828.44 |
|-------|-----|-----|-----|-----|

**Kayla Putnam**
**PO Box 1390**
**Franklin, TX 77856**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | | $5,119.74 | $5,119.74 |
|-------|-----|-----|-----|-----|

**Kennedie Green**
**5204 50th Street, Apt. H203**
**Lubbock, TX 79414**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**2.135** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$231.66** | **$231.66**

**Kisha Monique Boyer**
**801 Crowne Reserve Drive**
**Hoover, AL 35244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,290.33** | **$2,290.33**

**Kori Lynn Jessee**
**17627 West Golden Eye Ave.**
**Goodyear, AZ 85338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$215.60** | **$215.60**

**Kristen J. Wells**
**206 Aster Drive**
**Henryville, PA 18332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.138** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,455.77** | **$9,455.77**

**Kristen Kayla Sedillo**
**1501 Waterloo Trail Unit A**
**Austin, TX 78704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address
**Kristen Nichole Kasper**
**69394 Saxon Drive**
**Romeo, MI 48065-4254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,245.61 | $2,245.61

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address
**Kristy Michelle Howell**
**204 Orange Street**
**Lake Placid, FL 33852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$825.66 | $825.66

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address
**Lacy A. Burghardt**
**248 John C Benton Road**
**West Liberty, KY 41472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,691.36 | $2,691.36

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address
**Laney Elizabeth Sexton**
**116 Harvest Moon Road**
**Moncks Corner, SC 29461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,826.58 | $1,826.58

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.143** | Priority creditor's name and mailing address
**Laura Nicole Payton**
**8627 Hufsmith Road, Apt.. 124**
**Tomball, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,682.98**     **$1,682.98**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.144** | Priority creditor's name and mailing address
**Lauren Taylor Suniga**
**601 Luther Street West, #136**
**College Station, TX 77840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,026.58**     **$4,026.58**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.145** | Priority creditor's name and mailing address
**Lillian I. Otero**
**4655 Wild Indigo Street, #55**
**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,877.08**     **$4,877.08**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.146** | Priority creditor's name and mailing address
**Lily Marie Eliason**
**5903 3rd Street, Apt. 1205**
**Lubbock, TX 79416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,922.61**     **$3,922.61**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**                                         Case number (if known) _____
_____
Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,389.50 | $2,389.50 |
|---|---|---|---|---|

**Lisa Anne Trafficante**
**31 Corbett Ave.**
**Irwin, PA 15642**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,661.50 | $4,661.50 |

**Lisa Lorelle Reichert**
**10253 W. Marlowe Place**
**Littleton, CO 80127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,225.89 | $4,225.89 |

**Lori Ann Garcia**
**4283 Golden Eagle Drive**
**Bryan, TX 77808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,690.08 | $1,690.08 |

**Lyna Nguyen**
**1410 North LBJ Drive, Apt. 1011**
**San Marcos, TX 78666**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.151** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Lynn Sara Rossi**
**1580 Travertine Terrace**
**Sanford, FL 32771**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.88** | **$2,190.88**

**Mackenzie Jeanette Bandura**
**15472 Baker Meadow Loop**
**College Station, TX 77845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,695.75** | **$1,695.75**

**Mackenzie Scanga**
**11212 West 164th Street**
**Overland Park, KS 66221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,350.06** | **$3,350.06**

**Madia Shanteis Brown**
**208 Freedom Boulevard**
**Whiteville, NC 28472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____
Name

Case number (if known) _____

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,670.30 | $3,670.30 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Madison Grace Mondello**
**11225 Estia Drive Unit 5**
**Bradenton, FL 34211**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.156   Priority creditor's name and mailing address
**Madison M. Lewis**
**321 Running Deer Lane**
**Dripping Springs, TX 78620**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,096.62   $1,096.62

---

2.157   Priority creditor's name and mailing address
**Marci Dawn Oestreich**
**1107 Hackberry Drive**
**Weslaco, TX 78596**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$2,124.46   $2,124.46

---

2.158   Priority creditor's name and mailing address
**Margaret Loretta Lieber**
**N22W28282 Beach Park Circle**
**Pewaukee, WI 53072**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$1,189.86   $1,189.86

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address

**Mariah Laith Hiatt**
**1475 Benton Boulevard, Apt. 628**
**Savannah, GA 31407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,799.68   $2,799.68

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address

**Maricela Arteaga**
**17814 Glenhagen Court**
**Houston, TX 77084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,660.50   $1,660.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address

**Marquees Raheem Jenkins**
**2221 87th Street**
**Lubbock, TX 79423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,900.90   $3,900.90

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address

**Matthew James Bosworth**
**777 Oak Street**
**Oakland, OR 97462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,932.51   $2,932.51

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.163** | Priority creditor's name and mailing address
**Meagan Danielle Spalding**
**440 County Road 393**
**Killen, AL 35645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,652.38 | $3,652.38

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address
**Meg Grivas**
**1058 Rollingwood Road**
**Alvord, TX 76225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,861.53 | $2,861.53

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address
**Megan Angel Miner**
**25120 Farmbrook Road**
**Southfield, MI 48034-1114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$776.16 | $776.16

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address
**Megan Lynn Bebee**
**4311 Spring Garden Drive**
**College Station, TX 77845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,497.52 | $3,497.52

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address
**Megan Marie Eagney**
**3717 Gladden Lane West**
**Alexandria, AL 36250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,790.32**   **$1,790.32**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.168** | Priority creditor's name and mailing address
**Megan Marie Rakow**
**509 Frankfort Way**
**Waverly, MN 55390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,812.04**   **$2,812.04**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.169** | Priority creditor's name and mailing address
**Megan Overby**
**3710 Erskine Street, Apt. 134**
**Lubbock, TX 79415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,318.95**   **$5,318.95**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.170** | Priority creditor's name and mailing address
**Megan Savoie**
**18551 Timber Forest Drive, J18**
**Humble, TX 77346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,165.22**   **$3,165.22**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address
**Meghan M. Whitcomb**
**726 Mulligan Lane**
**Westminster, MD 21158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,284.92 | $1,284.92

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address
**Melanie Nicole Nelson**
**1234 Queen Street Northeast, Apt. 4**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,011.49 | $3,011.49

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address
**Melissa Bynum**
**2331 Brass Boot Ave.**
**Grand Junction, CO 81505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,110.42 | $1,110.42

Date or dates debt was incurred

Basis for the claim:
**Wages owed**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address
**Michael Chang**
**503 George Bush Drive West, Apt. 3236**
**College Station, TX 77840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,023.96 | $1,023.96

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **2.175** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,747.48    $1,747.48 |

**Michaelene F. Du Bois**
**120 Balsam Lane**
**Greenwood, SC 29646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.176** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,466.72    $1,466.72 |

**Michelle Suzanne Davis**
**169A Gordon Road**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.177** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,706.71    $3,706.71 |

**Mikaylie Ann Payne**
**1016 Farm to Market 41**
**Lubbock, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **2.178** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,260.51    $2,260.51 |

**Misty Harshaw Felder**
**1712 Cannon Bridge Road**
**Cordova, SC 29039-9695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Skywriter MD, Inc.** _____  Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,685.91 | $3,685.91 |

**2.179**  Priority creditor's name and mailing address

**Monica D. Dominguez**
**714 Rollins Avenue**
**Bryan, TX 77803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,685.91    $3,685.91

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.180**  Priority creditor's name and mailing address

**Monica R. Ybarra**
**2926 Urban Avenue**
**Columbus, GA 31907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,741.90    $2,741.90

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.181**  Priority creditor's name and mailing address

**Monica Rae Saucedo**
**1300 FM 3175**
**Lytle, TX 78052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,274.93    $2,274.93

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.182**  Priority creditor's name and mailing address

**Morgan Elizabeth Sullins**
**300 W. Spruce Street**
**West, TX 76691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,189.28    $7,189.28

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.183** Priority creditor's name and mailing address

**Moriyah Bella Gutierrez**
**701 Noth Ithaca Avenue, Apt. 2621**
**Lubbock, TX 79415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$2,264.50    $2,264.50

---

**2.184** Priority creditor's name and mailing address

**Natalya Rose Mahan**
**3164 Crestmoor Drive**
**Woodbury, MN 55125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$2,628.01    $2,628.01

---

**2.185** Priority creditor's name and mailing address

**Nathan F. Goodnature**
**2421 S. 3rd St., Apt. 210**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$3,881.61    $3,881.61

---

**2.186** Priority creditor's name and mailing address

**Nia Loanzo**
**1233 Gravel Street**
**San Marcos, TX 78666**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

$4,316.98    $4,316.98

---

Debtor **Skywriter MD, Inc.**
Name

Case number (if known)

---

**2.187** | Priority creditor's name and mailing address
**Nicholas Malik**
**15506 Park Estates Lane**
**Houston, TX 77062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,856.78 | $4,856.78

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.188** | Priority creditor's name and mailing address
**Nicole Lusk**
**405 E. Houston**
**Luling, TX 78648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,083.04 | $3,083.04

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.189** | Priority creditor's name and mailing address
**Nicole Marie Zacharias**
**3109 East Anemone Court**
**Boise, ID 83716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,142.82 | $1,142.82

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.190** | Priority creditor's name and mailing address
**Pamela Marie Habershaw**
**28 Callan Street**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.88 | $80.88

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**
_____
Name                                                    Case number *(if known)* _____

| | |
|---|---|

**2.191** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,568.80** | **$3,568.80**

Priority creditor's name and mailing address
**Pamela Renee Walker**
**337 Ferdinand Butte Road**
**Ferdinand, ID 83526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,568.80**     **$3,568.80**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.192**
Priority creditor's name and mailing address
**Patricia Hill**
**6723 Emerton Road**
**Knoxville, TN 37918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$132.96**     **$132.96**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.193**
Priority creditor's name and mailing address
**Paula Andrea Soldevila-Ortiz**
**110 Pavillion Parkway, Apt. 1104**
**Midland, TX 79705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,966.30**     **$1,966.30**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.194**
Priority creditor's name and mailing address
**Priscilla Angela Benton**
**12201 Dessau Road Apt. 6301**
**Austin, TX 78754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,916.38**     **$2,916.38**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Skywriter MD, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.195 | Priority creditor's name and mailing address<br>**Reagan Annen**<br>**3328 San Mateo Drive**<br>**Plano, TX 75023** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | As of the petition filing date, the claim is: | **$3,487.06** | **$3,487.06** |

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address<br>**Rebecca Denise James**<br>**1701 North Quaker Avenue, Apt. 2522**<br>**Lubbock, TX 79416** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,815.40** | **$1,815.40** |

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address<br>**Rebecca Lynn Sprung**<br>**4520 East Joan Drive**<br>**Prescott, AZ 86301-5805** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,464.72** | **$3,464.72** |

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address<br>**Rebecca Willette**<br>**6535 37th Street**<br>**Lubbock, TX 79407** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,164.22** | **$4,164.22** |

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Skywriter MD, Inc.**                                                    Case number (if known) _____
          _____
                          Name

| | | |
|---|---|---|
| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,412.85** | **$1,412.85** |

**2.199** Priority creditor's name and mailing address
**Rebekah Armstrong**
**8117 Pioneer Drive**
**Frisco, TX 75033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,412.85**     **$1,412.85**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200** Priority creditor's name and mailing address
**Rikki Simone Hurt**
**3212 Cortlandt Street**
**Houston, TX 77018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,526.72**     **$2,526.72**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201** Priority creditor's name and mailing address
**Robert Alec Ramirez**
**4510 Ironton Avenue, Apt. 1203**
**Lubbock, TX 79407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,827.16**     **$4,827.16**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202** Priority creditor's name and mailing address
**Ryann Laurel Grady**
**1121 South Chester**
**Stillwater, OK 74074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,609.75**     **$2,609.75**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.203** | Priority creditor's name and mailing address
**Sadia Tasnim Rahman**
**1300 Harvey Mitchell Pkwy S**
**College Station, TX 77840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,454.18    $1,454.18

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204** | Priority creditor's name and mailing address
**Samantha J. DeVary**
**3930 Postridge Trail**
**Melbourne, FL 32934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,847.50    $3,847.50

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205** | Priority creditor's name and mailing address
**Samisha Panthi**
**2001 Holleman Drive West, Apt. 213**
**College Station, TX 77840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,327.61    $4,327.61

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206** | Priority creditor's name and mailing address
**Sandra Fink**
**4416 Tolchester Court**
**Belcamp, MD 21017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.36    $31.36

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.207** Priority creditor's name and mailing address
**Sara Rossi**
**1580 Travertine Terrace**
**Sanford, FL 32771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,818.06    $2,818.06

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.208** Priority creditor's name and mailing address
**Shaina Ruth Lawson-Lee**
**309 Manchester Lane**
**Byron, GA 31008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$908.88    $908.88

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.209** Priority creditor's name and mailing address
**Shaniah Nellie Cosey**
**200 Meadow Lane, Apt. 15**
**Constantine, MI 49042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,689.52    $1,689.52

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.210** Priority creditor's name and mailing address
**Shanna D. Brown**
**7205 Millard Pond Drive**
**McKinney, TX 75071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,953.00    $1,953.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.211** | Priority creditor's name and mailing address
**Shannon Nichole Koren**
**165 Saint Andrews Road**
**Moyock, NC 27958**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,680.02      $2,680.02

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.212** | Priority creditor's name and mailing address
**Stephanie M. Reese**
**330 Ward Street**
**Kinston, AL 36453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,499.42      $2,499.42

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.213** | Priority creditor's name and mailing address
**Stephanie M. Zachary**
**2224 Tamarisk Drive**
**Plano, TX 75023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,436.70      $2,436.70

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.214** | Priority creditor's name and mailing address
**Summer A. Cardinal**
**10611 Penelope Way**
**Converse, TX 78109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,762.80      $3,762.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**      Case number (*if known*) _____

Name

| | | | |
|---|---|---|---|
| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.10    $1,268.10 |

**2.215**

Priority creditor's name and mailing address
**Sydney Alexandra Dible**
**109 Tin Can Alley**
**Summerville, SC 29483**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,268.10    $1,268.10

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.216**

Priority creditor's name and mailing address
**Tasha Royal Jackson**
**26915 Village Lane, #431**
**Denham Springs, LA 70726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,169.80    $3,169.80

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.217**

Priority creditor's name and mailing address
**Taylor R. Hegler**
**10055 Strasbourg Way**
**Schertz, TX 78154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,489.71    $1,489.71

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.218**

Priority creditor's name and mailing address
**Texas Workforce Commission**
**Wage and Hour**
**101 East 15th Street**
**Austin, TX 78778-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address
**Tiffany Sherice Brown**
**2201 Crescent Pointe Parkway, At. 4307**
**College Station, TX 77845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,961.87 | $2,961.87

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address
**Tina Lea Marckley**
**5503 27th Street**
**Lubbock, TX 79407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,914.61 | $5,914.61

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address
**Tram Anh Pham**
**8135 Edenwood Drive**
**Spring, TX 77389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,538.06 | $2,538.06

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address
**Valeria Banda**
**503 Southwest Parkway, Apt. 1107**
**College Station, TX 77840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,163.15 | $2,163.15

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.223** | Priority creditor's name and mailing address
**Vanessa Bridge**
**18471 Wigeon Drive**
**Clinton Township, MI 48038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$381.36     $381.36

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.224** | Priority creditor's name and mailing address
**Veronica Ann Hill**
**231 Stonehaven Drive**
**Davenport, FL 33896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,847.46     $2,847.46

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.225** | Priority creditor's name and mailing address
**Victoria Drowning**
**2809 East 22nd Street, Unit B**
**Austin, TX 78722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,295.81     $4,295.81

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.226** | Priority creditor's name and mailing address
**Victoria Grace Howard**
**210 North Winston Ave., #1123**
**Lubbock, TX 79416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,914.21     $4,914.21

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Skywriter MD, Inc.**     Case number (if known) _____
_____
Name

| | |
|---|---|

**2.227** | Priority creditor's name and mailing address
**Victoria L. Gillespie**
**10857 Hillcrest Lane**
**Dyer, IN 46311**

As of the petition filing date, the claim is:    **$2,814.28**    **$2,814.28**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address
**Victoria Makowiecki**
**1321 Pridgen Road**
**Livingston, TX 77351**

As of the petition filing date, the claim is:    **$3,358.63**    **$3,358.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address
**William Leander**
**5265 E. Hilton Ave.**
**Mesa, AZ 85206**

As of the petition filing date, the claim is:    **$31,250.00**    **$15,150.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address
**William Robert Domigan**
**413 White Cedar Drive**
**Columbia, SC 29229**

As of the petition filing date, the claim is:    **$3,160.56**    **$3,160.56**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Skywriter MD, Inc.**                                          Case number (if known) _____
_____
Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,276.89 | $5,276.89 |

2.231 | Priority creditor's name and mailing address
**William Zane Neely**
**2412 Globe Avenue**
**Lubbock, TX 79404**

As of the petition filing date, the claim is: **$5,276.89**   **$5,276.89**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                          **Wages**

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (**4**)        ☐ Yes

---

2.232 | Priority creditor's name and mailing address
**Zari Rae McMillian**
**2304 Staunton Drive**
**Bryan, TX 77803**

As of the petition filing date, the claim is: **$3,892.16**   **$3,892.16**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                          **Wages**

Last 4 digits of account number                  Is the claim subject to offset?
Specify Code subsection of PRIORITY              ■ No
unsecured claim: 11 U.S.C. § 507(a) (**4**)        ☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |

3.1 | Nonpriority creditor's name and mailing address
**360 Training.com**
**PO Box 715908**
**Cincinnati, OH 45271**

As of the petition filing date, the claim is: Check all that apply.   **$419.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.2 | Nonpriority creditor's name and mailing address
**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284-2875**

As of the petition filing date, the claim is: Check all that apply.   **$7,623.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payroll processing**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.3 | Nonpriority creditor's name and mailing address
**Alexius LLC**
**PO Box 6498**
**Denver, CO 80206**

As of the petition filing date, the claim is: Check all that apply.   **$185,825.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Skywriter MD, Inc.**
Name
Case number (if known) _____

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447,853.31 |
|---|---|---|---|

**Alexius Solutions**
PO Box 6498
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,013.42 |
|---|---|---|---|

**All Copy Products**
PO Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,446.58 |
|---|---|---|---|

**Amanda Duffy**
355 Winter Street
Duxbury, MA 02332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Amanda Stacy**
2769 Timberchase Trail
Highlands Ranch, CO 80126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Andy Elson**
25243 E. Plymouth Street
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,500.00 |
|---|---|---|---|

**Bob Ruwart**
2105 16th Street
Wheatland, WY 82201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,797.69 |
|---|---|---|---|

**Brett Cummings**
366 Love Lane
Danville, CA 94526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Skywriter MD, Inc.**                                    Case number (*if known*) _____
         Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,108,931.69** |
|---|---|---|---|

**Brian Gill**
**13515 Paul Circle**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$179,044.02** |
|---|---|---|---|

**Carlene Anteau**
**3520 Ocean Blvd., #507**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$301,600.00** |
|---|---|---|---|

**Carmel Ann Corbett**
**815 Vine Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$318,000.00** |
|---|---|---|---|

**Christopher Warren**
**11588 Ranch Elsie Road**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,368.56** |
|---|---|---|---|

**Clear Data Networks, Inc.**
**Dept. 3723**
**PO Box 12373**
**Dallas, TX 75312-3723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,328.76** |
|---|---|---|---|

**Curtis Nelson**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**David Parry**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skywriter MD, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Divide Energy Group**
**288 Clayton Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228,497.60** |
|---|---|---|---|

**Donald Keller**
**4745 Arapahoe Ave., Suite 1000**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.00** |
|---|---|---|---|

**Fourth Branch**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,238.35** |
|---|---|---|---|

**Gerald Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254,148.40** |
|---|---|---|---|

**GGE**
**1716 Briarcrest Drive**
**Bryan, TX 77802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Insight Venture Advisors**
**10624 S. Eastern Ave., Unit A**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,357.00** |
|---|---|---|---|

**Intralinks Inc.**
**PO Box 392134**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Skywriter MD, Inc.**                                    Case number (*if known*) _____
_____
Name

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,838.00** |
|---|---|---|---|

**Jackson Lewis P.C.**
**500 N. Akard Street**
**Suite 2500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153,681.74** |
|---|---|---|---|

**James Bonner**
**35361 E. Ottawa Drive**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,023.14** |
|---|---|---|---|

**James O'Leary**
**2819 4th Street**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$568,743.57** |
|---|---|---|---|

**James Rossi**
**771 Columbine Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,562,866.35** |
|---|---|---|---|

**John McClellan**
**12715 Westchester Plaza**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$990,073.24** |
|---|---|---|---|

**Jonathan Fuller**
**9806 Fieldcrest Drive**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$351,500.00** |
|---|---|---|---|

**Joseph Knoblich**
**5410 Clearview Court**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Skywriter MD, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Karen Klein**<br>**1750 Wewatta Street, #504**<br>**Denver, CO 80202** | **As of the petition filing date, the claim is:** Check all that apply.  **$98,497.61**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Lee Wandling**<br>**2173 Augusta Drive**<br>**Evergreen, CO 80439** | **As of the petition filing date, the claim is:** Check all that apply.  **$356,400.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Luck Grove Telecom**<br>**6177 Old Coye Road**<br>**Jamesville, NY 13078** | **As of the petition filing date, the claim is:** Check all that apply.  **$210,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Marsh & McClellan Agency LLC**<br>**PO Box 419103**<br>**Boston, MA 02241-9103** | **As of the petition filing date, the claim is:** Check all that apply.  **$357.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Matthew and Amy Brady**<br>**2934 Trenton Street**<br>**Centennial, CO 80231** | **As of the petition filing date, the claim is:** Check all that apply.  **$614,750.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Matthew Tricomi**<br>**14317 4th Place**<br>**Golden, CO 80401** | **As of the petition filing date, the claim is:** Check all that apply.  **$564,409.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Medallion Partners**<br>**700 Colorado Blvd.**<br>**Denver, CO 80206** | **As of the petition filing date, the claim is:** Check all that apply.  **$33,625.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Promissory Note** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor **Skywriter MD, Inc.**                                Case number (*if known*) _____
          Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,403.00 |
|---|---|---|---|

**Michael Finch**
**6586 S. Garfield Way**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340,000.00 |
|---|---|---|---|

**Michael Roberts**
**8406 Dunham Station Drive**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371,897.27 |
|---|---|---|---|

**Nicoletti DePaul**
**520 Bloomfield Street, Unit 1**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**NMRL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Nuclear Holdings**
**15913 E. Lehigh Circle**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|---|

**Nuclear Networking**
**2149 S. Holly Street**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Oak Ridge Energy**
**288 Clayton Street, #307**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Skywriter MD, Inc.**                                   Case number *(if known)*  _____
_____
Name

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103,068.51** |
|---|---|---|---|

**Pamp Maiers**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$233,944.87** |
|---|---|---|---|

**Phil Masterson**
**5475 Grand Fir Way**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122,500.00** |
|---|---|---|---|

**Richard Braun**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192,000.00** |
|---|---|---|---|

**Ricky Solomon**
**6516 Columbine Road**
**Niwot, CO 80503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$541,890.00** |
|---|---|---|---|

**Ron Olsen**
**10624 S. Eastern Ave., Unit A**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Scribe Technology Solution**
**PO Box 775874**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.75** |
|---|---|---|---|

**Sheridan Ross**
**1560 Broadway**
**Suite 1200**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Skywriter MD, Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |
| | **Steve Nadeau** |
| | **1505 SW Archer Road** |
| | **Gainesville, FL 32608** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$128,684.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |
| | **Timothy Burd** |
| | **6901 N. 72nd Street** |
| | **Omaha, NE 68122** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$646,410.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |
| | **William Leander** |
| | **5265 E. Hilton Ave.** |
| | **Mesa, AZ 85206** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$1,689.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |
| | **William Leander** |
| | **5265 E. Hilton Ave.** |
| | **Mesa, AZ 85206** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$24,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |
| | **William Thornton** |
| | **1909 Vista Drive** |
| | **Laramie, WY 82070** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$239,983.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |
| | **Xenity Corporation** |
| | **PO Box 17887** |
| | **Golden, CO 80402** |

As of the petition filing date, the claim is: *Check all that apply.*                   **$269,886.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Skywriter MD, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jo Ann Jorge**<br>**Gleason & Gleason, P.C.**<br>**10 Post Office Square**<br>**Suite 800 South**<br>**Boston, MA 02109** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Rochelle Mullen**<br>**Cline William Wright Johnson & Oldfather**<br>**12910 Pierce Street, Suite 200**<br>**Omaha, NE 68144** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 736,801.57 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 18,263,931.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 19,000,732.91 |

**Fill in this information to identify the case:**

Debtor name     **Skywriter MD, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.     State what the contract or lease is for and the nature of the debtor's interest | **Leased space in Bryan, Texas** |
| State the term remaining | |
| List the contract number of any government contract     _____ | **GGE, Ltd.**<br>**1716 Briarcrest Drive, Suite 100**<br>**Bryan, TX 77802-2777** |

**Fill in this information to identify the case:**

Debtor name __**Skywriter MD, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name __**Skywriter MD, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,252,031.06** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,923,539.87** |
   | **For the fiscal year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,514,916.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor   **Skywriter MD, Inc.**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **James Bonner**<br>**35361 E. Ottawa Drive**<br>**Aurora, CO 80016** | **8/29/23** | **$18,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Matthew and Amy Brady**<br>**2934 Trenton Street**<br>**Centennial, CO 80231** | **8/31/23;**<br>**9/29/23** | **$20,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Richard Braun** | **8/29/23;**<br>**9/29/23** | **$30,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Michael Roberts**<br>**8406 Dunham Station Drive**<br>**Tampa, FL 33647** | **8/31/23;**<br>**9/1/23;**<br>**9/26/23** | **$215,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **James Rossi**<br>**771 Columbine Street**<br>**Denver, CO 80206** | **8/25/23** | **$50,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Joseph Scanga** | **9/26/23;**<br>**10/11/23;**<br>**10/13/23** | **$235,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Alexius Solutions**<br>**PO Box 6498**<br>**Denver, CO 80206** | **8/11/23** | **$15,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **GGE**<br>**1716 Briarcrest Drive**<br>**Bryan, TX 77802** | **9/11/23** | **$12,925.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Skywriter MD, Inc.**                                              Case number *(if known)*  _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **Scribe Technology Solution**<br>**PO Box 775874**<br>**Chicago, IL 60677** | **9/11/23** | **$10,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Nicoletti DePaul**<br>**520 Bloomfield Street, Unit 1**<br>**Hoboken, NJ 07030**<br>**Director** | **12/30/22;**<br>**2/24/23** | **$118,000.00** | **Loan repayment** |
| 4.2.  **Amanda Duffy**<br>**355 Winter Street**<br>**Duxbury, MA 02332** | **2/13/23-9/26/**<br>**23** | **$158,000.00** | **Loan repayment** |
| 4.3.  **Andy Elson**<br>**25243 E. Plymouth Street**<br>**Aurora, CO 80016**<br>**Person in control** | **4/21/23;**<br>**6/15/23;**<br>**7/17/23** | **$89,000.00** | **Loan repayment** |
| 4.4.  **Elaine Marie Widner**<br>**1311 Agnew Road**<br>**Starr, SC 29684**<br>**Officer** | **10/5/23;**<br>**10/6/23** | **$60,000.00** | **Loan repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Skywriter MD, Inc.**                                         Case number *(if known)*

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Amy Brady et al v. Skywriter MD** **2024CV030245** | | **Arapahoe County District Court** **7325 S Potomac St #100** **Aurora, CO 80012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Alexius Solutions LLC v. Skywriter MD** **2023CV033021** | | **Denver District Court** **1437 Bannock Street** **Denver, CO 80202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Skywriter MD, Inc.**                     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley, P.C.**<br>**1660 Lincoln Street, Suite 1720**<br>**Denver, CO 80264** | | **October 20, 2023** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

Debtor   **Skywriter MD, Inc.**                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Skywriter MD, Inc.**                                    Case number *(if known)*

---

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Dwight Zurawski CPA**<br>**901 Front Street, Suite 250**<br>**Louisville, CO 80027** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Skywriter MD, Inc.**        Case number *(if known)*

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Leander | 5265 E. Hilton Ave.<br>Mesa, AZ 85206 | Director and CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Gill | 13515 Paul Circle<br>Omaha, NE 68154 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John McClellan | 12715 Westchester Plaza<br>Omaha, NE 68154 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicoletti DePaul | 520 Bloomfield Street, Unit 1<br>Hoboken, NJ 07030 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Al Villarian | 529 Ballytore Road<br>Wynnewood, PA 19096 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amanda Coons | 409 N. Delaware Street<br>Hobart, IN 46342 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrea Thornton | 925 25 Road<br>Grand Junction, CO 81505 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andres A. Cubriel and Susan M. Moon | 16867 Mossford<br>San Antonio, TX 78255 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony and Lena Perez | 489 Crestview Drive South<br>Maplewood, MN 55119 | Shareholder | |

| Debtor | **Skywriter MD, Inc.** | Case number *(if known)* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Bethany Beuttler | 13105 W. 2nd Place, Apt.. 543 Lakewood, CO 80228 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Bobby D. Cates | 219 Legacy Farm Road Saddlebrook, MO 65630 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| BOCO Investments, LLC | 262 E. Mountain Ave. Fort Collins, CO 80524 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Brent N. Allshouse | 1245 West 141st Circle Westminster, CO 80023 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Brian Klemsz | 18711 NE 80th Court Battle Ground, WA 98604 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Bryan Thompson | 2672 S. Cline Circle Lakewood, CO 80227 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Buel T. Springer and Susie E. Springer | 2235 COunty Road 61 Florence, AL 35634 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Canuckinco LLC | 420 Blue Ridge Durango, CO 81303 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Carlene Anteau | 3520 OCean Beach Blvd. #507 Cocoa Beach, FL 32931 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Carlos San Miguel Jr. | 8410 Alyssa Gardens Lane Humble, TX 77396 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Carol Audra Cooper | 4115 Mineral Drive Colorado Springs, CO 80904 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| Carol F. Barclay | 12743 Swanson Ranch Road Loveland, CO 80538 | Shareholder | |

Debtor   **Skywriter MD, Inc.**                                             Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cary Fry | 22855 Hope Dale Ave.<br>Parker, CO 80138 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles H. Maher Jr. | PO Box 39<br>Monument, CO 80132 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cheryl Collins | 900 S. Quince St. Apt. B709<br>Denver, CO 80247 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cindy Klemsz | 18711 NE 80th Court<br>Battle Ground, WA 98604 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clark Buss | 16108 Aurora Ave.<br>Urbandale, IA 50323 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Corliss A. Palmer | 1760 Summit Drive<br>Colorado Springs, CO 80921 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dana C. Ramundt | 12345 University Ave., Suite 300<br>Clive, IA 50325 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darren R. and Linda J. Hensley | 13773 W. Amherst Way<br>Lakewood, CO 80280 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darrin Mleynek | 1545 Wood Road<br>Yale, IA 50277 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Nahmias | 14 Lynnfield Street<br>Memphis, TN 38120 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Delaware Charter G&T Co. | 1946 Mountain Maple Ave.<br>Littleton, CO 80129 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis D. and Margaret Jean Roth | 5839 Lorraine Road<br>Larkspur, CO 80118 | Shareholder | |

Debtor   **Skywriter MD, Inc.**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| DeVinda Williams | 2525 York Street<br>Denver, CO 80205 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Edward Houle | 14160 Gleneagle Drive<br>Colorado Springs, CO 80921 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Gary and Debra Tedder | 4455 Chimney Rock Lane<br>Colorado Springs, CO 80904 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Glenn A. Stith Revocable Trust | 916 NW 20th Lane<br>Ankeny, IA 50023 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| H. Leigh Severance | 14282 E. Caley Ave.<br>Aurora, CO 80016 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Helikson Consulting | 765 Foster Drive<br>Des Moines, IA 50312 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Incyte Pathology PSPSP | 13103 E. Mansfield Ave.<br>Spokane, WA 99216 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| J. Homer Theroux Holdings LLC | 952 Ocean View Aven<br>Encinitas, CA 92024 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Jack Boomer | 1311 Rockland Ave.<br>Victoric, BC V8S 1V4 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| James C. Czirr Trust | 425 Janish Drive<br>Sandpoint, ID 83864 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| James and Cheryl Harding | 4502 Mountain Dance Drive<br>Colorado Springs, CO 80908 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| James R. Belk | 5032 S. Auckland Court<br>Aurora, CO 80015 | Shareholder | |

Debtor  **Skywriter MD, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James W. Creamer III | 1622 Monroe Street Denver, CO 80206 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James and Jennifer Thompson | 207 Mira Monte Road Grand Junction, CO 81507 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jananne T. Torell | 24233 SE 42nd Place Issaquah, WA 98029 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Janet Garcia | 134 S. Knox Court Denver, CO 80219 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jared and Breanne Meier | 2595 Kayden Court Grand Junction, CO 81505 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay and Tracy Belk | 2741 Hawk Point Court Castle Rock, CO 80104 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey and Sandra Bright | 6329 Ashburn Lane Highlands Rance, CO 80130 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry C. Burk | 6551 S. Revere Pkwy, #220 Greenwood Village, CO 80111 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeungae Lee | 4325 Grantham Court Colorado Springs, CO 80906 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Seeley | 3385 Parade Circle E. Colorado Springs, CO 80917 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joni Toska | 1500 Red Sky Ct. Fort Collins, CO 80525 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph C. Zimlich | 3201 Shore Road Fort Collins, CO 80524 | Shareholder | |

Debtor   **Skywriter MD, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joy Makholm** | **1164 S. Oakland Street**<br>**Aurora, CO 80012** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Julie Hawkins** | **22855 Hope Dale Ave.**<br>**Parker, CO 80138** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JWR Living Trust** | **15975 Winding Trail Road**<br>**Colorado Springs, CO 80908** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kaitlin Dullea** | **78 Morningdew**<br>**Highlands Ranch, CO 80126** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kayla Kaspar** | **16325 CR 356-12**<br>**Buena Vista, CO 81211** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kayla Potter** | **93 Kystle Loop**<br>**Sagle, ID 83860** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kent Kiefer** | **759 S. Potter Place**<br>**Scottsdale, AZ 85641** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin and Debra Estrem** | **2160 Potear Circle**<br>**Colorado Springs, CO 80915** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kilyn Roth** | **557 County Road 182R**<br>**Westcliffe, CO 81252** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimberley A. McDaniel** | **2447 Stonecrest Drive**<br>**Fort Collins, CO 80521** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Larry and Vicki Noffsinger** | **10083 Haywood Street**<br>**Asheville, NC 28801** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Leigh Smith** | **522 Ogden Street, #2**<br>**Denver, CO 80218** | **Shareholder** | |

Debtor  **Skywriter MD, Inc.**                                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Linda Fischer** | **624 Willow Street, Apt. M Alameda, CA 94501** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Rushmer** | **735 Crestfield Grove Colorado Springs, CO 80906** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lysle C. Miller** | **556 E. Bijou Street Colorado Springs, CO 80903** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marcella and Charles Williamson** | **301 Invernessway South Englewood, CO 80112** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marcus L. Oldelehr** | **914 Edmonds Street Southlake, TX 76092** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark and Ann Rowe** | **714 N. Haven Place Brandon, MS 39047** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Gremler Trust** | **4140 Grand Ave. Des Moines, IA 50312** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark V. Scheffe** | **1345 Chartwell View Colorado Springs, CO 80906** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marla Michaluk** | **21523 30th Ave. SE Bothell, WA 98021** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marsha L. Sherry** | **17320 Colonial Park Drive Monument, CO 80132** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maryellen J. Mitchell** | **9742 Pinnacle Knoll Court Colorado Springs, CO 80920** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew A. Thornton** | **178 Pinehurst Lane Marietta, GA 30068** | **Shareholder** | |

| Debtor | **Skywriter MD, Inc.** | Case number *(if known)* |
|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew S. Scheffe | 220 Balmoral Way<br>Colorado Springs, CO 80906 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MCG Family Holdings, LLC | 1615 Thrush Count Circle<br>San Antonio, TX 78248 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Meghann Round | 10775 Kalispell Street<br>Commerce City, CO 80022 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael and Melita Oldelehr | 1717 Vieth Drive<br>Jefferson City, MO 65109 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael S. Barish | 2401 E. 2nd Ave., #400<br>Denver, CO 80206 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael S. Figueroa | 2627 New Orchard Court<br>Grand Junction, CO 81506 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Troska | 1500 Red Sky Court<br>Fort Collins, CO 80525 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael W. Taylor | 17827 Camp Cove Drive<br>Cypress, TX 77429 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Murphy Mining & Exploration, LLC | 100 W. Bennett Ave.<br>Cripple Creek, CO 80813 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nancy C. Ferguson | 1195 Diamond Rim Drive<br>Colorado Springs, CO 80921 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nancy W. Cates | 219 Legacy Farm Road<br>Saddlebrook, MO 65630 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Natalie Gonzalez | 5029 Donnelly Avenue<br>Fort Worth, TX 76107 | Shareholder | |

Debtor   **Skywriter MD, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Neal Meier and Clara Gelatt** | **3760 S. Glencoe Street Denver, CO 80237** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **New Direction IRA, Inc., FBO Cary Fry** | **1070 W. Century Drive, Suite 101 Louisville, CO 80027** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **New Direction IRA, FBO William** | **1070 W. Century Drive, Suite 101 Louisville, CO 80027** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **New Direction IRA, Inc., FBO Steven B.** | **1070 W. Century Drive, Suite 101 Louisville, CO 80027** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Nicholas Pounders | **35 Van Gordon Street, Apt. 225 Lakewood, CO 80228** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Nikkel Baehr, LLC | **7344 NW 86th Street Johnston, IA 50131** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Patrick Holmes Trust | **327 Fort Howell Drive Hilton Head Island, SC 29926** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Patrick Kwon | **1945 E. Pinewood Drive Aurora, CO 80016** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Patriot Entertainment | **700 12th Avenue South Suite 302 Nashville, TN 37203** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Phillip and Lotta Falender | **3060 Blodgett Drive Colorado Springs, CO 80919** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Raed Wahab | **925 H St. NW, Unit 308 Washington, DC 20001** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Randall White | **12621 Woodruff Drive Colorado Springs, CO 80921** | **Shareholder** | |

Debtor  **Skywriter MD, Inc.**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard S. Montgomery | 4881 Evening Sun Lane<br>Colorado Springs, CO 80917 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard and Stephanie Shaffer | 22 Sheringham<br>San Antonio, TX 78218 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rob and Vicki Schoeber | 2598 Kayden Court<br>Grand Junction, CO 81505 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Mudd | 1247 Lakestone Court<br>Gainesville, GA 30501 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert L. Book | 38505 Book Road<br>Rush, CO 80833 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Roger Rue | 4550 S. Cherry Creek Drive, Suite 609<br>Glendale, CO 80246 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ross V. Scimeca | 2914 NE 102nd Terr<br>Kansas City, MO 64155 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Russ Manternach | 34474 Maffit Lake Road<br>Cumming, IA 50061 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Samuel DeSouza | 16462 East Berry Place<br>Centennial, CO 80015 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sarah Klemsz | 18711 NE 80th Court<br>Battle Ground, WA 98604 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shannon Patrick Murphy | 65 W. Cheyenne Mountain Blvd.<br>Colorado Springs, CO 80906 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen J. Schnurr Living Trust | 2010 Fox Mountain Point<br>Colorado Springs, CO 80906 | Shareholder | |

Debtor   **Skywriter MD, Inc.**                                         Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve Sinnard** | **2229 Skyline Drive**<br>**Carroll, IA 51401** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Cordova** | **7201 Cuba Drive**<br>**El Paso, TX 79915** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven and Julie Ravenscroft** | **PO Box 46**<br>**Hyannis, NE 69350** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stuart and Allison McCorkle** | **491 Scott Blvd., Apt. 208**<br>**Castle Rock, CO 80104** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tara Leigh Taylor** | **4400 East 18th Street**<br>**Casper, WY 82609** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Teresa L. Ferguson** | **14145 Millhaven Place**<br>**Colorado Springs, CO 80908** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Friermood** | **660 Golden Ridge Road, Suite 250**<br>**Golden, CO 80401** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy Ray Rushlow** | **1300 Keystone Court**<br>**Franklin, TN 37064** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Golden** | **19190 Cochran Blvd., #381320**<br>**Port Charlotte, FL 33948** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tracy Rue** | **2737 Sinks Canyon Road**<br>**Lander, WY 82520** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **True Enterprises** | **2737 Sinks Canyon Road**<br>**Lander, WY 82520** | **Shareholder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **WJ and Lela Budwine Foundation, Inc.** | **1201 Confection Court, SE**<br>**Rio Rancho, NM 87124** | **Shareholder** | |

Debtor  **Skywriter MD, Inc.**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Wadena J. Campbell | 6750 Chenango Ave., Apt. 33 Denver, CO 80237 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Warren Knop | 16665 Curled Oak Drive Monument, CO 80132 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| WestMountain Asset Management | 181 W. Boardwalk, Suite 202 Fort Collins, CO 80525 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| WestMountain Prime, LLC | 262 E. Mountain Ave. Fort Collins, CO 80524 | Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Z, Inc. | 8350 Camfield Circle Colorado Springs, CO 80920 | Shareholder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Al Villarian | 529 Ballytore Road Wynnewood, PA 19096 | Director | Resigned in October 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor   **Skywriter MD, Inc.**                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  9, 2024**

**/s/ John McClellan**                              **John McClellan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Board Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**United States Bankruptcy Court**
**District of Colorado**

In re    **Skywriter MD, Inc.** _____    Case No. _____

                                Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Board Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  9, 2024** _____         **/s/ John McClellan** _____

                                         **John McClellan/Board Member**
                                         Signer/Title