8 Willow Dr.
Hearne, TX, 77859
979-985-9030
humzakhantx2@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:
Skywriter MD Inc.,
Debtor.
Case No. 24-10556-TBM

MOTION TO EXAMINE DEBTOR'S CLAIMS AND TRANSACTIONS

I, Humza Khalid, a creditor in the above-captioned bankruptcy case, hereby submit this Motion to Examine the Debtor's Transactions under 11 U.S.C. § 707 and Federal Rule of Bankruptcy Procedure 2004, seeking an order for a thorough investigation into the financial affairs and transactions of Skywriter MD Inc.

1. Introduction
As an individual creditor owed wages exceeding $9,000 by the debtor, Skywriter MD Inc., which abruptly ceased operations and terminated its workforce with minimal notice, I assert a vested interest in the transparent and equitable resolution of the debtor's financial obligations.

2. Background
Skywriter MD Inc. unexpectedly ceased operations, providing employees, including myself, with only a 12-hour notice. This abrupt closure has resulted in outstanding wages owed to over 200 employees, with my personal claim exceeding $9,000. The nature of this cessation and the significant amount owed raise concerns regarding the management and disposition of the debtor's assets leading up to the bankruptcy filing. Additionally, upon review of Skywriter MS Inc.'s Bankruptcy Claim, several factors indicate possible suspicious allocations, such as preferential treatment of creditors, as well as incorrect/incomplete filing information including:

- Lack of indication and inclusion of "All other names used in the last 8 years", including but not limited to Entity Merger with "Accredited Members Acquisition Corporation" (ID Number 20121208010), and additional names/aliases "Skywriter LLC" (ID Number 20171233234), "Skywriter MD" (ID Number 20141515875), "SKYWRITER MD" (ID Number 20171257727), and "Skywriter MD Operation, LLC" (ID Number 20201014053) as filed with the State of Colorado, office of the Secretary of State.
- Creditor Listing for "Alexius LLC" (ID Number 20141156653) with total value listed as $633,678.36 - Status Delinquent with the State of Colorado as of August 1, 2019.
- Missing Financials from 2019 and 2020 (page 89 of 109 on claim).

- Payments made before filing for bankruptcy prioritized over Unpaid Employee Wages (Schedule H 3.2, 3.3, 3.4, 3.6).
- Payments made to Debtor's entity Vice President Elaine Marie Widner (4.4) prioritized over Unpaid Employee Wages.
- Undocumented Case filing (7.2) Alexius Solutions LLC v. Skywriter MD 2023CV033021
- Unlisted Previous Addresses within the last 3 years (Page 93 of 109 - [713D East Greenville St., Suite 224, Anderson, SC, 29621], [2130 Harvey Mitchell Parkway S, Unit 10150, College Station, TX, 77840], [1716 Briarcrest Dr., Suite 200, Bryan, TX, 77802], [5340 S. Quebec St., Suite 245N, Greenwood Village, CO, 80111]

3. Legal Basis

This motion is filed pursuant to 11 U.S.C. § 707, which allows for the examination of the debtor's conduct and financial affairs for cause, and Federal Rule of Bankruptcy Procedure 2004, which permits the examination of any entity related to the debtor's financial condition. The circumstances surrounding Skywriter MD Inc.'s sudden shutdown, substantial unpaid wages, and incorrect filings justify a comprehensive review of the debtor's transactions and financial conduct.

4. Request for Examination

I request the Court to authorize an examination covering the period leading up to the bankruptcy filing, focusing on:

- The debtor's financial transactions and asset transfers.
- Any payments or transactions that may constitute preferential or fraudulent transfers.
- The debtor's payroll records, bank statements, and financial statements to ascertain the disposition of assets and the prioritization of payments.
- The debtor's listed Promissory Notes, including origination documentation and signed agreements.
- Detailed evidence and origination documentation for all listed creditors, including but not limited to, Wage Statements, Loan Agreements, and formal documentation regarding payment and terms for creditors.
- Profit and Loss Statements
- Any prior, pending, or completed Financial Agreements or requests with parties including but not limited to NRML.

5. Conclusion and Relief Sought

The sudden closure of Skywriter MD Inc. and the resulting financial harm to its employees necessitate a thorough examination to ensure the equitable treatment of all creditors, particularly those owed wages for their labor. Therefore, I respectfully request that the Court grant this Motion to Examine the Debtor's Claims and Transactions, ensuring transparency and fairness in the bankruptcy proceedings. Attached are Exhibits of supporting documentation for this Motion with Descriptions included.

Wherefore, I, Humza Khalid, respectfully request the Court to grant this motion and order such other and further relief as deemed just and proper.

Respectfully submitted,
02/26/2024

*Humza Khalid*
Humza Khalid

# Exhibit A

Financial Invoicing Summary Documentation for Debtor Skywriter MD Inc.

August 2019 to August 2023

Shared by former Skywriter MD CEO William Leander

## 2019

| Active Accounts | August | September | October | November | December |
|---|---|---|---|---|---|
| Bozeman Health | $33,203.49 | $18,250.00 | $20,910.28 | $19,205.11 | $12,650.00 |
| Baylor Scott White Health HouseCalls | $3,770.00 | $1,550.00 | $1,550.00 | $270.00 | $0.00 |
| Canton-Potsdam Hospital | $19,800.00 | $15,400.00 | $15,400.00 | $13,200.00 | $13,200.00 |
| Colorado Joint Replacement CC# 0221285 | $5,550.00 | $5,550.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Colorado Springs Cardiology CC# 0145600 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 |
| Dr. Scott Maurer MD | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $0.00 |
| Internal Medicine Southwest, PC | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $0.00 |
| Precision Joint & Spine CC# 0565619 | $2,000.00 | $2,200.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Syracuse Orthopedic Specialists, P.C. (deleted) | $736.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Penn Highlands Healthcare | $5,059.65 | $2,932.60 | $4,400.00 | $10,541.52 | $8,800.00 |
| Centura Health Corporation CC# 0958723 | $20,660.00 | $20,375.00 | $19,081.13 | $16,660.00 | $16,375.00 |
| Imperial Health | $8,200.00 | $7,650.00 | $7,900.00 | $6,800.00 | $6,800.00 |
| Nebraska Spine and Pain | $2,835.00 | $2,835.00 | $3,105.00 | $3,240.00 | $2,700.00 |
| Baylor Scott & White Family Medical Center Midlothian | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 |
| Baylor Scott & White Family Medical Center Waxahachie | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 |
| University | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 |
| Baylor Scott & White Internal Medicine Associates-Irving | $0.00 | $910.00 | $910.00 | $1,550.00 | $1,550.00 |
| Baylor, Scott & White Health-Central | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 |
| Baylor, Scott & White Health-Women's Health Group | $0.00 | $0.00 | $0.00 | $0.00 | $720.00 |
| Washington Regional | $0.00 | $0.00 | $9,878.12 | $3,400.00 | $3,800.00 |
| Roper St. Francis | $0.00 | $0.00 | $33,903.40 | $46,660.20 | $30,000.00 |
| | $121,164.80 | $97,002.60 | $143,887.93 | $148,376.83 | $119,545.00 |

## 2020

| Active Accounts | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allina Commons | $0.00 | $23,218.34 | -$5,719.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,498.51 |
| Baylor Scott & White Family Medical Center Midlothian | $1,550.00 | $1,550.00 | $1,550.00 | $0.00 | $910.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $2,450.00 | $3,100.00 | $18,860.00 |
| Baylor Scott & White Family Medical Center Waxahachie | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $4,050.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $21,100.00 |
| Baylor Scott & White Family Medical Center-Baylor University | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $2,010.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $19,060.00 |
| Baylor Scott & White Internal Medicine Associates-Irving | $1,550.00 | $1,550.00 | $390.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,490.00 |
| Baylor, Scott & White Health-Central | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $2,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,550.00 |
| Baylor, Scott & White Health-Women's Health Group | $1,170.00 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,270.00 |
| Baylor Scott & White Health | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $675.00 | $1,500.00 | $1,550.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $9,725.00 |
| Bozeman Health | $16,850.00 | $24,150.00 | $21,300.00 | $11,600.00 | $14,500.00 | $14,150.00 | $10,300.00 | $15,400.00 | $14,200.00 | $12,800.00 | $10,400.00 | $9,950.00 | $175,600.00 |
| Bozeman Health PVP | $0.00 | $0.00 | $0.00 | $2,482.75 | $210.00 | $561.25 | $662.25 | $653.25 | $1,245.60 | $2,044.75 | $2,113.75 | $2,606.84 | $12,580.44 |
| Canton-Potsdam Hospital | $13,200.00 | $17,720.52 | $13,200.00 | $13,200.00 | $13,200.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $116,720.52 |
| Centura Health Corporation CC# 0958723 | $15,330.00 | $15,140.00 | $14,850.00 | $15,995.00 | $9,470.00 | $4,280.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77,065.00 |
| Colorado Joint Replacement CC# 0221285 | $5,500.00 | $5,500.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,650.00 | $5,550.00 | $3,700.00 | $1,850.00 | $0.00 | $55,500.00 |
| Colorado Springs Cardiology CC# 0145600 | $580.65 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,380.65 |
| Hastings Internal Medicine Associates, PC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $5,109.68 | $0.00 | $6,709.68 |
| Health One Clinic Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,850.00 | $6,160.00 | $0.00 | $3,850.00 |
| Imperial Health | $10,248.60 | $8,265.00 | $8,485.40 | $8,926.20 | $7,052.80 | $7,800.00 | $8,100.00 | $7,500.00 | $7,500.00 | $8,900.00 | $8,600.00 | $9,400.00 | $94,578.00 |
| Iowa Clinic | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,225.79 | $5,066.66 | $8,581.66 | $18,430.27 | $17,100.00 | $61,404.38 |
| Dr. Mark English | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,800.00 | $1,800.00 | $1,800.00 | $10,050.00 |
| Midwest Surgical Associates | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| Nebraska Spine and Pain | $3,809.03 | $3,466.80 | $3,466.80 | $3,240.00 | $2,700.00 | $2,700.00 | $2,160.00 | $3,105.00 | $3,780.00 | $2,835.00 | $7,960.00 | $5,265.00 | $44,487.63 |
| Neighborhood | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,100.00 | $56,100.00 |
| Penn Highlands Healthcare | $20,132.50 | $13,200.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $12,200.00 | $124,732.50 |
| Precision Joint & Spine CC# 0565619 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| Roper St. Francis | $30,000.00 | $30,000.00 | $24,000.00 | $6,600.00 | $6,600.00 | $6,600.00 | $11,950.00 | $18,000.00 | $10,950.00 | $10,950.00 | $9,150.00 | $14,350.00 | $179,150.00 |
| San Joaquin General Hospital | $0.00 | $6,875.86 | $2,200.00 | $2,200.00 | $2,200.00 | $4,633.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $2,910.00 | $0.00 | $38,618.86 |
| Texas Health | $24,507.39 | $17,143.56 | $16,231.89 | $15,200.00 | $15,200.00 | $13,300.00 | $13,300.00 | $13,300.00 | | | | | $128,182.84 |
| Washington Regional | $4,389.00 | $3,600.00 | $3,600.00 | $4,000.00 | $3,800.00 | $4,400.00 | $4,200.00 | $4,400.00 | $4,400.00 | $2,200.00 | $0.00 | $0.00 | $38,989.00 |
| | $157,517.17 | $181,430.08 | $127,954.26 | $106,293.95 | $99,152.80 | $89,049.25 | $87,522.25 | $110,284.04 | $73,992.26 | $79,761.41 | $91,114.02 | $155,341.52 | $1,353,253.01 |

## 2021

| Active Accounts | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACL Arthritis of Lexington | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |
| Allina Commons | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84,000.00 |
| Baylor Scott & White Health Arrythmia Management | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $300.00 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $650.00 |
| Baylor Scott & White Family Medical Center Midlothian | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,350.00 | $3,350.00 | $3,350.00 | $37,950.00 |
| Baylor Scott & White Family Medical Center Waxahachie | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $18,600.00 |
| Baylor Scott & White Family Medical Center-Baylor Univers | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $18,600.00 |
| Baylor Scott & White Health | $1,550.00 | $1,550.00 | $1,500.00 | $1,500.00 | $1,900.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,550.00 | $1,500.00 | $18,550.00 |
| Baylor Scott & White Health-Hillcrest | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $1,200.00 | $1,800.00 | $1,050.00 | $1,550.00 | $1,550.00 | $1,550.00 | $8,900.00 |
| Baylor Scott & White Health Medical Center | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $3,600.00 | $2,850.00 | $2,850.00 | $2,850.00 | $2,275.00 | $2,210.00 | $17,085.00 |
| Baylor, Scott & White Internal Medicine Associates-Irving | $0.00 | $1,550.00 | $130.00 | $1,170.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,110.00 |
| Baylor Scott White Health Pediatric Dept. | $0.00 | $0.00 | $0.00 | $600.00 | $0.00 | $3,250.00 | $4,600.00 | $4,600.00 | $3,550.00 | $3,150.00 | $3,300.00 | $1,800.00 | $24,850.00 |
| Baylor Scott & White Health Temple Westfield | $0.00 | $0.00 | $6,150.00 | $4,140.00 | $7,200.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $80,490.00 |
| Baylor Scott & White Health Roney Bone & Joint Institute | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 |
| Bluerock Care | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,284.00 | $82.00 | $0.00 | $0.00 | $0.00 | $1,366.00 |
| Bozeman Health | $9,100.00 | $10,750.00 | $8,800.00 | $6,450.00 | $5,100.00 | $5,200.00 | $3,900.00 | $5,500.00 | $5,800.00 | $4,050.00 | $3,000.00 | $3,900.00 | $71,550.00 |
| Bozeman Health PVP | $2,802.25 | $2,819.00 | $2,713.25 | $2,491.01 | $2,549.75 | $2,834.00 | $1,865.25 | $4,365.25 | $3,941.50 | $3,364.50 | $1,908.75 | $1,944.00 | $33,598.51 |
| Canton-Potsdam Hospital | $6,600.00 | $6,600.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $7,000.00 | $4,400.00 | $5,600.00 | $5,500.00 | $7,800.00 | $65,500.00 |
| Colorectal Surgery | $0.00 | $0.00 | $0.00 | $200.00 | $400.00 | $0.00 | $150.00 | $600.00 | $600.00 | $450.00 | $150.00 | $150.00 | $2,700.00 |
| Falls Community | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,985.00 | $8,730.00 | $8,730.00 | $8,730.00 | $0.00 | $39,175.00 |
| FHCA Family Healthcare Associates | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 |
| Frontier Pediatrics | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $9,866.76 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $4,000.00 | $56,866.76 |
| Hastings Internal Medicine Associates, PC | $2,880.00 | $2,880.00 | $3,600.00 | $1,509.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,869.67 |
| HCA-Dallas Cardiovascular Specialists | $6,941.94 | $2,200.00 | $13,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 | $82,141.94 |
| HCA - Denver | $3,850.00 | $3,850.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $51,700.00 |
| HCA-Florida | $0.00 | $2,800.00 | $3,519.84 | $5,000.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $5,300.00 | $4,400.00 | $4,400.00 | $4,400.00 | $47,419.84 |
| HCA - West Florida OBGYN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | $3,100.00 | $2,200.00 | $7,500.00 |
| HCA-Gulf Coast Cardiology | $0.00 | $0.00 | $1,906.66 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $21,706.66 |
| HCA-Houston Colon | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,900.00 |
| HCA North Texas Oncology | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $900.00 | $2,200.00 | $2,200.00 | $2,200.00 | $7,500.00 |
| Greenville Cardiovascular Associates | $0.00 | $0.00 | $0.00 | $2,200.00 | $13,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,400.00 |
| Imperial Health | $9,700.00 | $9,200.00 | $10,600.00 | $10,100.00 | $9,700.00 | $10,000.00 | $10,000.00 | $10,400.00 | $10,000.00 | $10,000.00 | $10,400.00 | $10,000.00 | $120,100.00 |
| Internal Medicine Associates of Wesport | $0.00 | $0.00 | $600.00 | $2,100.00 | $2,100.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,900.00 |
| Iowa Clinic | $20,900.00 | $20,900.00 | $17,100.00 | $17,013.63 | $16,850.00 | $17,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109,863.63 |
| Dr. Mark English | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $21,600.00 |
| Dr. Meuhr | $0.00 | $400.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $300.00 | $300.00 | $0.00 | $0.00 | $11,800.00 |
| K'imaw Medical Center | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 | $0.00 | $12,600.00 |
| Kanan Medical | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,765.90 | $2,850.00 | $5,615.90 |
| MDVIP-Proactive Physicians of Marietta | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $2,800.00 | $3,400.00 | $2,800.00 | $10,600.00 |
| Montanta Arthritis Center | $2,200.00 | $9,561.46 | $5,820.00 | $7,487.00 | $8,730.00 | $5,820.00 | $5,820.00 | $5,820.00 | $5,820.00 | $5,820.00 | $5,820.00 | $5,820.00 | $74,538.46 |
| Nebraska Spine and Pain | $4,185.00 | $3,915.00 | $4,320.00 | $4,185.00 | $3,240.00 | $3,645.00 | $2,700.00 | $3,105.00 | $2,700.00 | $2,700.00 | $3,105.00 | $2,565.00 | $40,365.00 |
| Neighborhood | $43,500.00 | $43,500.00 | $25,000.00 | $21,461.90 | $17,700.00 | $14,000.00 | $14,903.23 | $16,000.00 | $14,019.04 | $5,368.18 | $0.00 | $0.00 | $215,452.35 |
| Nuvance Health | $5,800.00 | $0.00 | $12,110.00 | $18,000.00 | $18,700.00 | $20,700.00 | $52,025.00 | $42,000.00 | $35,768.15 | $39,800.00 | $44,727.23 | $47,856.47 | $337,486.85 |
| Nuvo Spine and Sports Institute | $0.00 | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $0.00 | $0.00 | $445.50 | $0.00 | $0.00 | $0.00 | $2,045.50 |
| OBGYN Associates-Women's Health | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $2,700.00 | $8,130.00 | $11,830.00 |
| Penn Highlands Healthcare | $11,000.00 | $16,215.20 | $15,400.00 | $15,400.00 | $14,300.00 | $13,200.00 | $13,600.00 | $15,600.00 | $25,400.00 | $27,342.86 | $25,547.82 | $19,000.00 | $212,005.88 |
| Roper St. Francis | $17,516.05 | $13,400.00 | $22,145.16 | $27,460.00 | $16,029.03 | $22,200.00 | $19,300.00 | $19,300.00 | $23,200.00 | $22,314.29 | $24,000.00 | $16,470.00 | $243,334.53 |
| South Shore Medical Center | $14,522.35 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $6,900.00 | $90,422.35 |
| Stillwater Medical | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,900.00 | $7,200.00 | $35,725.89 | $22,200.00 | $21,600.00 | $97,625.89 |
| VCA Animal Hospitals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $38,350.00 | $21,000.00 | $22,213.64 | $22,500.00 | $105,063.64 |
| | $171,047.59 | $166,990.66 | $180,514.91 | $182,768.21 | $181,658.78 | $263,865.76 | $192,113.48 | $219,809.25 | $248,606.19 | $259,565.72 | $262,493.34 | $233,795.47 | $2,563,229.36 |

## 2022

| Active Accounts | January | February | March | April | May | June | July | August | September | October | November | December | Totals | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACL Arthritis of Lexington | $600.00 | $0.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,150.00 | $2,950.00 | $2,950.00 | $44,250.00 | KY |
| Baylor Scott & White Weight Loss | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 | $0.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $11,724.00 | TX |
| Baylor Scott & White Family Medical Center Midlothian | $3,350.00 | $3,350.00 | $3,350.00 | $3,350.00 | $3,350.00 | $3,350.00 | $3,451.00 | $3,451.00 | $3,451.00 | $3,451.00 | $3,451.00 | $3,451.00 | $40,806.00 | TX |
| Baylor Scott & White Family Medical Center-Baylor Universi | $1,550.00 | $1,550.00 | $1,550.00 | $1,550.00 | $1,750.00 | $3,100.00 | $3,194.00 | $3,194.00 | $3,194.00 | $3,194.00 | $3,194.00 | $3,194.00 | $30,214.00 | TX |
| Baylor Scott & White Health Gatesville Family Medicine | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $1,854.00 | $1,854.00 | $1,854.00 | $5,762.00 | TX |
| Baylor Scott & White Health | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,597.00 | $1,597.00 | $1,597.00 | $1,597.00 | $1,854.00 | $1,854.00 | $19,096.00 | TX |
| Baylor Scott & White Health Medical Center | $2,175.00 | $2,600.00 | $2,405.00 | $2,610.00 | $2,926.00 | $2,010.00 | $2,010.00 | $2,010.00 | $2,881.00 | $2,511.00 | $1,809.00 | $1,541.00 | $27,488.00 | TX |
| Baylor Scott & White Health Temple Westfield | $9,000.00 | $9,000.00 | $9,000.00 | $9,200.00 | $10,800.00 | $10,800.00 | $11,124.00 | $11,124.00 | $11,124.00 | $10,200.00 | $9,270.00 | $9,270.00 | $119,912.00 | TX |
| Baylor Scott & White Health-Hillcrest & Irving | $1,550.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,268.00 | TX |
| Baylor Scott White Health Pediatric Dept. | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $21,924.00 | TX |
| Baylor Scott & White Internal Medicine Associates-Irving | $0.00 | $0.00 | $260.00 | $130.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $390.00 | TX |
| Baylor Scott & White Health Trophy Club | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $768.55 | $1,854.00 | $1,854.00 | $1,854.00 | $155.00 | $465.00 | $0.00 | $6,950.55 | TX |
| Baylor Scott & White Health Wound Care | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,854.00 | $1,854.00 | $0.00 | $3,708.00 | TX |
| Blue Pearl | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,671.67 | $12,950.00 | $21,621.67 | FL |
| Bozeman Health | $4,100.00 | $4,450.00 | $2,250.00 | $1,950.00 | $1,650.00 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,000.00 | MT |
| Bozeman Health PVP | $9,410.00 | $10,610.00 | $11,715.00 | $15,030.00 | $14,790.00 | $14,555.00 | $14,635.00 | $15,430.00 | $14,640.00 | $15,740.00 | $14,165.00 | $14,320.00 | $165,040.00 | MT |
| Canton-Potsdam Hospital | $7,857.14 | $7,480.00 | $6,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,937.14 | NY |
| Colorectal Surgery | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | TX |
| Dr. Mark English | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $1,854.00 | $21,924.00 | TX |
| FHCA Family Healthcare Associates | $3,066.66 | $6,880.00 | $4,600.00 | $4,600.00 | $5,800.00 | $5,800.00 | $5,800.00 | $5,800.00 | $5,800.00 | $5,800.00 | $5,800.00 | $5,800.00 | $65,546.66 | TX |
| Genesis | $0.00 | $4,600.00 | $14,400.00 | $17,400.00 | $16,800.00 | $16,800.00 | $24,742.86 | $21,600.00 | $21,600.00 | $12,327.25 | $9,600.00 | $10,200.00 | $170,070.11 | IA |
| Grismer, Linda MD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,197.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,197.00 | TX |
| HCA - Denver | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $52,800.00 | CO |
| HCA - West Florida OBGYN | $2,200.00 | $5,866.67 | $3,980.00 | $2,200.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $26,246.67 | FL |
| HCA North Texas Oncology | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | TX |
| HCA Dallas | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,210.94 | $4,400.00 | $2,200.00 | $2,200.00 | $0.00 | $16,010.94 | TX |
| HCA-Dallas Cardiovascular Specialists | $6,600.00 | $6,600.00 | $4,400.00 | $4,400.00 | $4,400.00 | $4,400.00 | $5,600.00 | $3,300.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $48,500.00 | TX |
| HCA-Houston Colon | $5,400.00 | $27,373.81 | $13,200.00 | $17,791.30 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | $15,400.00 | $186,965.11 | TX |
| Imperial Health | $11,600.00 | $11,600.00 | $11,600.00 | $11,600.00 | $12,900.00 | $10,700.00 | $10,700.00 | $10,700.00 | $10,700.00 | $10,700.00 | $7,800.00 | $7,800.00 | $134,900.00 | LA |
| K'imaw Medical Center | $9,200.00 | $10,400.00 | $9,800.00 | $9,200.00 | $9,800.00 | $6,900.00 | $6,900.00 | $6,900.00 | $5,200.00 | $4,600.00 | $4,600.00 | $4,600.00 | $88,100.00 | CA |
| Kanan Medical | $2,850.00 | $2,850.00 | $2,850.00 | $0.00 | $2,850.00 | $2,850.00 | $2,850.00 | $2,850.00 | $2,850.00 | $2,850.00 | $0.00 | $0.00 | $25,650.00 | FL |
| Lee Health | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,200.00 | $24,000.00 | $36,000.00 | $71,200.00 | FL |
| MDVIP-Proactive Physicians of Marietta | $2,800.00 | $6,600.00 | $3,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $24,700.00 | GA |
| Montanta Arthritis Center | $5,820.00 | $5,820.00 | $5,820.00 | $11,592.86 | $12,433.63 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $122,966.49 | MT |
| Nebraska Spine and Pain | $1,890.00 | $2,565.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,025.00 | $2,835.00 | $2,655.00 | $2,160.00 | $2,160.00 | $1,485.00 | $27,495.00 | NE |
| Nuvance Health | $62,600.00 | $65,940.00 | $72,939.13 | $75,463.63 | $83,126.97 | $89,531.89 | $97,600.00 | $101,210.87 | $113,000.00 | $113,524.19 | $112,840.00 | $111,300.00 | $1,099,076.68 | NY |
| Nuvance Health-Nursing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,000.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 | $27,500.00 | NY |
| OBGYN Associates-Women's Health | $8,130.00 | $8,130.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $83,760.00 | MN |
| Penn Highlands Healthcare | $15,810.00 | $20,350.00 | $17,600.00 | $17,600.00 | $17,600.00 | $17,600.00 | $17,600.00 | $18,400.00 | $22,247.62 | $19,800.00 | $24,200.00 | $22,600.00 | $231,407.62 | PA |
| Roper St. Francis | $18,300.00 | $18,300.00 | $16,100.00 | $11,242.86 | $7,131.82 | $6,050.00 | $7,069.04 | $9,450.00 | $8,250.00 | $8,250.00 | $9,500.00 | $8,900.00 | $128,543.72 | SC |
| South Shore Medical Center | $6,900.00 | $0.00 | $0.00 | $14,949.96 | $6,900.00 | $6,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,649.96 | MA |
| Southern Veterinary Partners | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,000.00 | $5,264.52 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $32,464.52 | AL |
| St. Claire Heathcare | $2,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | KY |
| Stillwater Medical | $21,600.00 | $21,600.00 | $21,600.00 | $21,600.00 | $21,600.00 | $21,600.00 | $12,000.00 | $13,200.00 | $12,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $190,800.00 | OK |
| Stillwater Medical-Nursing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,000.00 | OK |
| VCA Animal Hospitals | $20,131.59 | $17,100.00 | $51,600.05 | $112,956.44 | $121,277.86 | $121,524.85 | $116,038.71 | $124,367.73 | $154,615.00 | $195,456.67 | $224,031.69 | $251,075.00 | $1,510,175.59 | CA |
| Totals | $257,440.39 | $291,565.48 | $315,049.18 | $399,347.05 | $401,816.28 | $400,810.29 | $429,989.61 | $425,219.06 | $460,960.62 | $499,076.11 | $541,771.36 | $569,146.00 | $4,992,191.43 | |

2023

| Active Accounts | January | February | March | April | May | June | July | August | CHANGE Aug/Jul | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACL Arthritis of Lexington | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $0.00 | | | | | $23,600.00 |
| Baylor Scott & White Health | $37,919.35 | $40,614.29 | $42,416.13 | $49,526.87 | $52,816.58 | $57,250.00 | $53,950.00 | $43,646.77 | ($10,303.23) 3 left, 2 maternity | | | | | $367,836.76 |
| Blue Pearl | $23,150.00 | $33,050.09 | $31,813.33 | $47,703.32 | $36,331.34 | $32,550.00 | $32,550.00 | $30,225.00 | ($2,325.00) | | | | | $265,048.08 |
| Bozeman Health PVP | $14,875.00 | $15,829.00 | $15,045.00 | $15,585.00 | $16,065.00 | $15,835.00 | $14,960.00 | $16,700.00 | $1,740.00 | | | | | $126,634.00 |
| FHCA Family Healthcare Associates | $5,800.00 | $6,400.00 | $9,919.35 | $7,500.00 | $7,500.00 | $7,500.00 | $8,100.00 | $7,500.00 | ($600.00) | | | | | $59,619.35 |
| Genesis | $20,120.74 | $22,479.27 | $16,800.00 | $16,800.00 | $16,800.00 | $4,722.60 | $2,400.00 | $2,400.00 | $0.00 | | | | | $102,522.61 |
| HCA | $8,100.00 | $8,100.00 | $8,100.00 | $13,400.00 | $10,600.00 | $11,200.00 | $19,851.61 | $15,650.00 | ($4,201.61) attrition | | | | | $90,800.00 |
| Imperial Health | $8,000.00 | $10,100.00 | $12,400.00 | $13,950.00 | $12,037.50 | $12,037.50 | $14,487.50 | $14,287.50 | ($200.00) | | | | | $97,100.00 |
| K'imaw Medical Center | $5,200.00 | $7,639.29 | $6,900.00 | $6,900.00 | $6,900.00 | $8,100.00 | $15,445.16 | $12,700.00 | ($2,745.16) | | | | | $67,039.29 |
| Lee Health | $34,219.37 | $34,285.71 | $38,545.48 | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $0.00 | | | | | $287,050.56 |
| Mainstay Veterinary Practice | $0.00 | $0.00 | $0.00 | $8,650.00 | $4,700.00 | $7,013.33 | $8,393.55 | $7,000.00 | ($1,393.55) | | | | | $34,363.33 |
| Montana Arthritis Center | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $11,640.00 | $6,852.58 | $5,820.00 | ($1,032.58) | | | | | $81,480.00 |
| Nebraska Spine and Pain | $2,160.00 | $2,160.00 | $2,430.00 | $1,215.00 | $1,080.00 | $3,105.00 | $2,700.00 | $2,430.00 | ($270.00) | | | | | $17,010.00 |
| Nuvance Health | $110,325.00 | $114,058.06 | $104,421.29 | $111,345.97 | $110,129.03 | $108,375.00 | $111,373.79 | $101,535.49 | ($9,838.30) attrition | | | | | $861,725.33 |
| Nuvance Health-Nursing | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,000.00 |
| Penn Highlands Healthcare | $22,600.00 | $22,600.00 | $22,600.00 | $20,600.00 | $20,600.00 | $20,600.00 | $16,400.00 | $16,400.00 | $0.00 | | | | | $162,400.00 |
| Roper St. Francis | $8,900.00 | $8,900.00 | $8,900.00 | $8,900.00 | $10,561.29 | $8,000.00 | $14,296.77 | $15,385.48 | $1,088.71 | | | | | $84,932.25 |
| Southern Veterinary Partners | $4,800.00 | $6,714.29 | $4,800.00 | $8,386.67 | $6,400.00 | $7,480.00 | $10,400.00 | $13,038.71 | $2,638.71 | | | | | $64,658.38 |
| Stillwater Medical-Nursing | $5,428.57 | $4,000.00 | $12,903.23 | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,831.80 |
| VCA Animal Hospitals | $296,846.43 | $323,089.81 | $343,961.67 | $360,139.67 | $340,391.71 | $312,019.99 | $294,400.00 | $305,865.00 | $11,465.00 | | | | | $2,588,179.28 |
| Westford Veterinary | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,100.00 | $2,325.00 | ($775.00) | | | | | $4,650.00 |
| Totals | $627,534.46 | $679,109.81 | $696,545.48 | $745,692.50 | $708,002.45 | $670,878.42 | $668,610.96 | $651,858.95 | ($16,752.01) | $0.00 | $0.00 | $0.00 | $0.00 | $5,431,481.02 |
| | | | | | | | | | -$0.03 | | | | | |

*(End of Exhibit A)*

**Exhibit B**

Communication Screenshot regarding $7 Million Dollar Investment from NRML

Conversation between myself and Skywriter CTO Christopher Warren (Method: Telegram)



**Exhibit C**

Screenshot Listings for Colorado Secretary of State

Listings for Entities relating to Skywriter

sos.state.co.us/biz/Busi

Skip to content | About Secretary Griswold | Español

usiness Home
usiness Information
usiness Search

AQs, Glossary and
formation

## Business Search Results

Click on the ID Number to select your record.

**Found 8 matching record(s). Viewing page 1 of 1.**

| # | ID Number | Document Number | Name | Event | Status | Form | Formation Date |
|---|---|---|---|---|---|---|---|
| 1 | 20171233234 | 20171233234 | Skywriter LLC | Articles of Organization | Name Changed | DLLC | 03/24/2017 |
| 2 | 20171233234 | | Skywriter LLC, Delinquent January 1, 2020 | Batch Event | Delinquent | DLLC | 03/24/2017 |
| 3 | 20141515875 | 20141515875 | Skywriter MD | Articles of Organization | Name Changed | DLLC | 08/25/2014 |
| 4 | 20171257727 | 20171257727 | SKYWRITER MD | Trade Name | Expired | DLLC | 03/31/2017 |
| 5 | 20121208010 | 20151834786 | Skywriter MD, Inc. | Amended and Restated Articles of Incorporation | Name Changed | DPC | 04/09/2012 |
| 6 | 20141703531 | 20141703531 | Skywriter MD, Inc. | Articles of Merger - non-survivor | Name Changed | DPC | 11/20/2014 |
| 7 | 20121208010 | 20238290251 | Skywriter MD, Inc., Dissolved December 12, 2023 | Articles of Dissolution | Voluntarily Dissolved | DPC | 04/09/2012 |
| 8 | 20201014053 | 20201014053 | Skywriter MD Operation, LLC | Articles of Organization | Good Standing | DLLC | 01/06/2020 |

Back



**Exhibit D**

Screenshot Evidence of Status for Alexius LLC

Alexius LLC is not only financially involved with the Debtor, but named on multiple Legal Incorporation Documentation on file with the Colorado Secretary of State.
(See Numbers 14 & 15)

sos.state.co.us/biz/Busi

88

usiness Home
usiness Information
usiness Search

AQs, Glossary and
formation

## Business Search Results

Click on the ID Number to select your record.

[Next 6>]

1 2

**Found 26 matching record(s). Viewing page 1 of 2.**

| # | ID Number | Document Number | Name | Event | Status | Form | Formation Date |
|---|---|---|---|---|---|---|---|
| 1 | 20151686903 | 20151686903 | Alexius Denver's Locksmiths | Trade Name | Effective | DPC | 10/25/2015 |
| 2 | 20238300392 | 20238300392 | Alexius Denver's Locksmith | Trade Name | Effective | DPC | 12/17/2023 |
| 3 | 20151686903 | 20161797288 | Alexius Denver's Locksmiths | Statement of Correction | Effective | DPC | 10/25/2015 |
| 4 | 20201185572 | 20201185572 | Alexius Denver's Locksmiths | Trade Name | Withdrawn | DPC | 02/25/2020 |
| 5 | 20238300414 | 20238300414 | Alexius Denver's Locksmiths | Trademark Registration | Effective | DPC/035 | |
| 6 | 20081251904 | 20081251904 | Alexius Express Locksmith | Trade Name | Expired | DLLC | 05/07/2008 |
| 7 | 20091655829 | 20091655829 | Alexius Express Locksmith | Trade Name | Effective | DPC | 12/15/2009 |
| 8 | 20201138755 | 20201138755 | Alexius Global, LLC | Articles of Organization | Name Changed | DLLC | 02/13/2020 |
| 9 | 20201138755 | 20231982178 | Alexius Global, LLC, Dissolved September 24, 2023 | Articles of Dissolution | Voluntarily Dissolved | DLLC | 02/13/2020 |
| 10 | 20151297225 | 20151297225 | Alexius Law | Trade Name | Effective | DLLC | 05/01/2015 |
| 11 | 20131655883 | 20131655883 | Alexius Legal Solutions, Inc. | Articles of Incorporation | Name Changed | DPC | 11/14/2013 |
| 12 | 20131655883 | | Alexius Legal Solutions, Inc., Delinquent April 1, 2016 | Batch Event | Delinquent | DPC | 11/14/2013 |
| 13 | 20141156653 | 20141156653 | Alexius Legal Solutions LLC | Articles of Organization | Name Changed | DLLC | 03/07/2014 |
| 14 | 20141156653 | 20141210739 | Alexius LLC | Articles of Amendment | Name Changed | DLLC | 03/07/2014 |
| 15 | 20141156653 | | Alexius LLC, Delinquent August 1, 2019 | Batch Event | Delinquent | DLLC | 03/07/2014 |



United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 2/26/2024 10:22:00 AM

User Information

Humza Khalid
8 Willow Dr.
Hearne
TX
77859

bvhorizons@gmail.com
979-985-9030